April 3, 2024

United States District Court
District of Massachusetts

Michelle M. Torrey and
Christian Soares PoA
Michelle Torrey

V.

United States of America

2024 APR -3 PM 2: 58

## Motion to Appoint Counsel

Whereas, on 3/23/21 my home was illegally searched by law enforcement. My money was seized but more than seized was stolen along with other property but not limited to Amendment 4 being violated my doors were breached and windows smashed. I have no money to hire an attorney due to seizure and theft. This action by law enforcement and district attorney to willfully violate my 5th Admendment to due process has left the claimant in dire straights. The Government and or their employees have violated the equal Access to Justice Act (E.A.J.A.) 28 U.S.C.A. 2412 (d)(1)(A) and 28 U.S.C.A 2412 (d)(1)(A); Comprehensive Drug Abuse Prevention and Control Act of 1970 § 511, 21 U.S.C.A. § 881. The Claimant has only a high school diploma and would be no match to defend herself against the United States Government.

Michelle M. Torrey April 3, 2024

Michelle Torrey and Christian Soares PoA
Signed under pains and penalties of perjury Michelle M. Torrey