UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2024 JUL 15 PM 3:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHELLE M. TORREY
Loss of consortium

July 15, 2024

       Plaintiff,

Civil Action No.
24-10864-WGY

v.

CITY OF BROCKTON
OFFICER JOHN DOE, INDIVIDUALLY AND ACTING FOR BROCKTON POLICE DEPT.
AND IN HIS OFFICIAL CAPACITY AS A LAW ENFORCEMENT OFFICER
UNITED STATES OF AMERICA
SEVERAL JOHN DOE'S AND JANE DOE'S, INDIVIDUALLY
AND IN THEIR OFFICIAL CAPACITIES AS AN FBI AGENT
COMMONWEALTH OF MASSACHUSETTS
STATE TROOPER BRIAN RICHARD KILFOYLE, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY
SEVERAL JOHN DOE'S and JANE DOE'S, INDIVIDUALLY
AND IN THEIR OFFICIAL CAPACITIES ACTING FOR MASSACHUSETTS STATE POLICE
DISTRICT ATTORNEY'S OFFICE FOR DISTRICT OF MASSACHUSETTS
NICHOLAS SOIVILIEN INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A FEDERAL PROSECUTOR

       Defendants.

## MOTION TO APPOINT COUNSEL

Whereas, on 3/23/21 my home was illegally searched by law enforcement. My money was seized, however, a greater amount than what was reported as seized evidence was actually stolen along with other property. In addition to my 4th Amendment right being violated, my doors were breached and my windows were smashed. Due to this blatant theft and unlawful seizure, I do not have the funds required to hire an attorney. This action by law enforcement and the District Attorney to willfully violate my 5th Amendment right to due process has left myself,

the claimant, in dire straights. The Government and/or their employees have violated the Equal Access to Justice Act (E.A.J.A) 28 U.S.C.A. 2412(d)(1)(A) and 28 U.S.C.A. 2412 (d)(1)(A); Comprehensive Drug Abuse Prevention and Control Act of 1970 § 511, 21 U.S.C.A. § 881. The claimant has only a high school diploma and would be no match to defend herself against the United States Government, City of Brockton et al John and Jane Doe's arsenal of unlimited counsel.

Respectfully submitted,

MICHELLE M. TORREY,
On behalf of herself,

Plaintiff,

_Michelle M. Torrey_
Michelle Torrey   *signed under pains and penalties of perjury*

DATED: July 15, 2024