Plaintiff Torrey vs-
los of Consortium

City of Brockton, U.S. et al
Commonwealth of Mass et al
Brian Richard Gilfoyle; individually and official capacity
Nicholas Sowilven individually and in his official Capacity

## Exhibit List (For Support of Complaint Only)

1. Inventory List = $62,820.00 U.S. Currency
2. Letter from Employer and Accountant Forensic Accounting for every commission made
3. Letter from Bank of Easton
4. CD from 148 Williams Street Taunton, MA Sale showing proceeds. Warrant issued on 3/23/2021 12:49pm
5. ~~Copies of FBI Inventory List of Items~~ Kit (5A) Son medical confidential  South Coast Hospital (5B) Do not disseminate Protected By (HIPPA)
6. Picture of camera with Pointed location which FBI seized my surveillance system that at the time of illegal search works perfectly
7. Copy of Brian Kilfoyle Arrest at R.I. strip club - although dismissed it speaks volumes about character and the only reason it was dismissed is because he's a cop. (The courts protect their own).  (7) Initial arrest (7A) WBZ (7B) Taunton Gazette
8. Copies of 1099 2018, 2019, 2020, 2021, 2022, 2023

9.) Flash Drive contains 5 video's
  I.) Video is Brian Richard Kilfoyle Assaulting my son

10.) Exhibit Ms. Torrey original Complaint 10 A.) U.S. District Court Memorandum