Civil Action
24-10864-WGY

# Exhibit 1

Michelle
Torrey
 -VS-

City Brockton et al
United States of America et al
State Trooper Brian Richard Kilfoyle individually
and in his official capacity
Several John Doe's and Jane Doe's individually
and in their official capacity as State Police
District Attorney's Office for District of Mass.
Nicholas Soivilien Individually and in
his official capacity as a federal prosecutor

Michelle M. Torrey    Exhibits                    Page (1)

FD-597 (Rev. 4-13-2015)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 24SD-BS-3802692

On (date) 3/23/2021

Item(s) listed below were:
[X] Collected/Seized
[ ] Received From
[ ] Returned To
[ ] Released To

(Name) Michelle M Torrey

(Street Address) 294 Prospect St, Brockton MA

(City) Brockton MA

Description of Item(s): Eblins white sports bag, seven clear plastic bags containing white powder substance, clear plastic bag containing white powder substance, clear plastic bag containing green leafy substance, Smith & Wesson SW40V PAU3136, mixer with white powder substance, empty bottle of obencenter mannitol, black bin with yellow lid, digital scale with white powder residue, pot with white powder residue (2), sifter, dinner plate with white powder residue, silver spoon with white powder residue, one pipe of white rock like substance, paperwork with Christian Soares name, security system hard drive, pair of jeans, Ruger rifle NRA805562, rifle magazine containing ammunition, plastic bag, grey pants, plastic bag, Masterpiece arms 9mm pistol FX09078, loaded magazine, plastic bag, S+W revolver 31898, plastic bag of assorted ammunition, clear plastic bag containing residue, Victoria's secret bag containing residue, (3) three plastic bags containing green leafy substance, U.S. currency, cash in shoe, S+W magazine containing ammunition, red bucket containing numerous plastic bags containing suspected drugs & digital scales.

aP

(TRF) $60,820 cash
(IRF) $700 cash
(TRF) $1,300 cash

Received By: Michelle M Torrey
(Signature)

Received From: Ellie Pikula
(Signature)

Printed Name/Title: Michelle M. Torrey

Printed Name/Title: Ellie Pikula/Special Agent