Exhibit 2

Michelle Torrey -vs- U.S., City of Brockton,
State of Massachusetts et al
Brian Richard Kilfoyle, Nicholas Soivilien (Page 2)

4:55 PM
03/24/21
Cash Basis

'9004407                    5/4

# Torrey & Associates RE
## Vendor Detail - Michelle
### January 1, 2020 through March 24, 2021

| Type | Date | Num | Memo | Original Amount | Paid Amount |
|---|---|---|---|---|---|
| **Michelle Torrey** | | | 2020 to 217665 | | |
| Check | 01/08/2020 ✓ | 14660 | 148 Thatcher St | -6,126.82 | -6,126.82 |
| Check | 01/10/2020 ✓ | 14664 | 114 Winthrop St, Brockton | -7,056.00 | -7,056.00 |
| Check | 01/31/2020 ✓ | 14675 | 11 Winston St | -3,393.60 | -3,393.60 |
| Check | 02/03/2020 ✓ | 14678 | 48 Plymouth St, Halifax | -3,920.00 | -3,920.00 |
| Check | 02/12/2020 ✓ | 14682 | 108 Oak Ln #12 | -3,920.00 | -3,920.00 |
| Check | 02/14/2020 ✓ | 14686 | 20 Litchfield Terr   10000 | -974.00 | -974.00 |
| Check | 02/28/2020 ✓ | 14702 | Enterprise 12/20/19-02/02/... Bankfee restash | -3,156.00 | -3,156.00 |
| Check | 02/28/2020 ✓ | 14704 | 697 Ash St, Brockton | -6,182.68 | -6,182.68 |
| Check | 03/06/2020 ✓ | 14712 | 215 Ridge St, Fall River | -9,800.00 | -9,800.00 |
| Check | 03/12/2020 ✓ | 14720 | 34 Benham St, Brockton  check cash | -5,365.50 | -5,365.50 |
| Check | 04/30/2020 | 14743 | VOID: 444 N Montello St | -6,972.00 | -6,972.00 |
| Check | 04/30/2020 ✓ | 14745 | MLSPIN $87 & Gatehouse... Dep+cash | 0.00 | 0.00 |
| Check | 05/11/2020 | 14755 | 302 Green St | -2,723.00 | -2,723.00 |
| Check | 05/11/2020 | 14757 | 780 N Underwood St, Fall... | -6,333.60 | -6,333.60 |
| Check | 06/18/2020 | 14783 | 5 Trinity Circle, Bridgewater | -2,993.20 | -2,993.20 |
| Check | 06/25/2020 | 14789 | 165 Moncrief St    Dep +cash | -5,031.25 | -5,031.25 |
| Check | 06/30/2020 | -14795 | VOID: 575 N Quincy St | -4,827.20 | -4,827.20 |
| Check | 06/30/2020 | 14797 | 575 N Quincy St | 0.00 | 0.00 |
| Check | 07/01/2020 | 14798 | 105 Pine Tree Ln | -6,786.38 | -6,786.38 |
| Check | 07/01/2020 | 14800 | 140 Dean St | -6,270.88 | -6,270.88 |
| Check | 07/15/2020 | 14809 | 7 Trinity Circle, Bridgewater | -3,864.00 | -3,864.00 |
| Check | 07/15/2020 | 14812 | 107 Oak Ln Unit 3, Brockton | -6,037.50 | -6,037.50 |
| Check | 08/05/2020 | 14819 | 64 Crestfield Terrace | -2,128.00 | -2,128.00 |
| Check | 08/31/2020 | 14837 | 79 Hovendon Av | -5,365.50 | -5,365.50 |
| Check | 09/18/2020 | 14852 | VOID: 7 Willard Av | -6,823.60 | -6,823.60 |
| Check | 09/18/2020 | 14856 | Less MLS fees | 0.00 | 0.00 |
| Check | 09/18/2020 | 14857 | Expense reimbursement | -5,613.00 | -5,613.00 |
| Check | 09/25/2020 | 14861 | 24 Webster St, Taunton | -400.00 | -400.00 |
| Check | 09/25/2020 | 14863 | 514 Warren Av, Brockton | -5,420.80 | -5,420.80 |
| Check | 09/30/2020 | 14866 | 105 Moraine St | -7,117.15 | -7,117.15 |
| Check | 10/01/2020 | 14868 | 57 Leach Av | -6,328.00 | -6,328.00 |
| Check | 10/23/2020 | 14879 | 48 Plymouth St, Halifax  330712665 | -6,230.00 | -6,230.00 |
| Check | 11/07/2020 | 14886 | 81 Hovendon Av | -5,152.00 | -5,152.00 |
| Check | 11/21/2020 | 14898 | 908 Plymouth Av, Fall River | -4,106.76 | -4,106.76 |
| Check | 12/18/2020 | 14916 | 30 Louis St, Brockton | -5,411.00 | -5,411.00 |
| Check | 12/23/2020 | 14921 | 59 Davis Av, Attleboro | -4,032.00 | -4,032.00 |
| Check | 12/23/2020 | 14922 | 444 N Montello St, Brockton $1,000 Bank Ch | -4,500.00 | -4,500.00 |
| Check | 01/06/2021 | 14938 | 22 Bolton Place | -7,168.00 | -7,168.00 |
| Check | 01/22/2021 | 14949 | 125 Forest Av | -8,820.00 | -8,820.00 |
| Check | 02/04/2021 | 14955 | 249 West Elm St | -3,890.00 | -3,890.00 |
| Check | 02/05/2021 | 14959 | 9 Trinity Circle, Bridgewater | -6,384.00 | -6,384.00 |
| Check | 02/10/2021 | 14966 | 186 Thatcher St | -6,405.00 | -6,405.00 |
| Check | 02/10/2021 | 14966 | 249 West Elm St - adjust... | -3,920.00 | -3,920.00 |
| Check | 03/18/2021 | 14985 | 14 Run Brook Circle, Taun... | -70.00 | -70.00 |
| | | | | -5,206.88 | -5,206.88 |
| **Total Michelle Torrey** | | | | | **-208,305.30** |
| **TOTAL** | | | | | **-208,305.30** |

Office Manager ...

Page 1