Exhibit 3

Michelle Torrey -vs- U.S., City of Brockton, Commonwealth of Mass et al
Brian Richard Kilfoyle, Nicholas Soivilien    Page (3)



April 19, 2021

RE:   Checks payable to Michelle Torrey
      Drawn on the account of
      Searles, Annese & Torrey R.E. Inc
      Dba Torrey & Associates Real Estate

To whom it may Concern,

Please be advised that the following checks were payable to Michelle Torrey. She cashed them all:

| | | | | | |
|---|---|---|---|---|---|
| 14664 | 14675 | 14678 | 14682 | 14686 | 14712 |
| 14755 | 14757 | 14783 | 14797 | 14798 | 14800 |
| 14809 | 14812 | 14819 | 14837 | 14856 | 14857 |
| 14861 | 14863 | 14866 | 14868 | 14886 | 14898 |
| 14916 | 14921 | 14938 | 14949 | 14955 | 14959 |
| 14966 | 14985 | | | | |

Call 508-238-1000 if you have any questions.

Sincerely,

Peter M. Fresh
VP Branch Operations

---

275 Washington Street • North Easton, MA 02356 • 508 238-1000 • Fax 508 230-3004
Branch: 12 Robert Drive • South Easton, MA 02375 • 508 238-2092 • Fax 508 230-3783
www.bankofeaston.com

Member FDIC