Exhibit 5A

Michelle Torrey -VS- U.S., City of Brockton
Commonwealth of Mass et al
Brian Richard Kilfoyle, Nicholas Saivilien

Page 5

*Exhibit 5A*

# INFORMATION PERTAINING TO ASSAULT & KIT TRACKING FORM
## PROVIDER SEXUAL CRIME REPORT

**FORM 2A**
**FAX FORM 2A ONLY**
*Per MGL C.112, S. 12A 1/2*

K

### A. PATIENT INFORMATION: *Name, address and other identifying information should not be written on this anonymous form.*

1. Age: 26   2. Gender: ☐ Female  ☑ Male  ☐ Transgender (M to F)  ☐ Transgender (F to M)
3. Race: ☐ White  ☐ Black/African Am  ☐ Hispanic/Latino  ☐ Am Indian/Alaska Native  ☐ Asian  ☐ Native Hawaiian/Other Pacific Islander  ☑ Other: Cape Verdean
4. Date of Assault (e.g., 01/01/2000): 07/17/2019   5. Approx. Time of Assault: 11   ☐ AM ☑ PM
6. City/Town of Assault: New Bedford   State: MA   Neighborhood:
7. Specific surroundings at time of Assault: ☐ House/Apartment  ☐ Outdoors  ☐ College/University  ☐ Hotel/Motel
   ☐ Motor Vehicle  ☐ Unsure  ☑ Other (specify) Merrimack St
   Correctional Facility (Check One): ☐ Prison  ☐ Jail  ☐ DYS
8. Date of hospital exam (e.g., 01/01/2000): 7/18/2019   9. Time of hospital exam:  ☐ AM ☐ PM
10. Hospital providing service: St. Luke's
11. Exam completed by: ☑ MA SANE  ☐ SANE-A  ☐ OTHER

**KIT NUMBER    54953**

### B. ASSAILANT(S) INFORMATION: *Did the patient voluntarily rep... ...ongoing relationships with the assailant(s)?*

12. Total number of assailants:_____   Unsure: ☑
13. Assailant(s) relationship to patient and gender of assailant (m/f) *(if >1 assailant, designate relationship of each).*

| | # Male | # Female | | | # Male | # Female |
|---|---|---|---|---|---|---|
| ☐ Parent/ Step-parent | | | ☐ Boy/ girlfriend | | | |
| ☐ Spouse/ live-in partner | | | ☐ Ex-boy/ girlfriend | | | |
| ☐ Ex-Spouse/ live-in partner | | | ☐ Date | | | |
| ☐ Parent's live-in partner | | | ☐ Acquaintance | | | |
| ☐ Other relative | | | ☐ Friend | | | |
| ☐ Stranger | | | ☐ Unknown | | | |
| | | | ☑ Other (specify): State Police Officers | all male | | |

### C. WEAPONS/ FORCE USED: *(Check all that apply as per patient report and/or physical findings).*

14. ☑ Verbal threats  ☐ Restraints (ropes, ties, cords, etc.)  ☐ Strangulation  ☐ Chemical(s) (pepper spray, mace, etc.)
    ☐ Bites  ☑ Hold Down/Body Weight   Hard  ☐ Hitting  ☐ Other physical force  Describe:
    ☐ Burns  ☑ Other weapons  Describe: guns  ☐ Gun  ☐ Alcohol
    ☐ Knife  ☐ Drugs   ? flashlight, baton  ☐ Blunt Object  ☐ Unsure

### D. ACTS DESCRIBED BY THE PATIENT:

*Was there penetration, however slight, of:*

| | | | | | | | | BY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15. Vagina | ☐ No | ☐ Unsure | ☐ Attempt | ☐ Yes | ☑ N/A | BY | ☐ Penis | ☐ Finger | ☐ Tongue | ☐ Object/Other: |
| 16. Anus | ☐ No | ☐ Unsure | ☐ Attempt | ☑ Yes | | BY | ☐ Penis | ☐ Finger | ☐ Tongue | ☐ Object/Other: |
| 17. Mouth | ☐ No | ☐ Unsure | ☐ Attempt | ☑ Yes | | BY | ☐ Penis | ☑ Finger | ☐ Tongue | ☑ Object/Other: |

18. Did ejaculation occur?  ☐ YES  ☐ NO  ☐ UNSURE  ☑ N/A
19. Did assailant(s) use a condom?  ☐ YES  ☐ NO  ☐ UNSURE  ☑ N/A
20. Any injuries to patient resulting in bleeding?  ☐ YES  ☐ NO  ☑ UNSURE
    *If yes, specify:*
21. Any injuries to assailant(s) resulting in bleeding?  ☐ YES  ☑ NO  ☐ UNSURE
    *If yes, specify:*

### E. CASE STATUS AT THE TIME OF THE EXAM

22a. Evidence Collection Kit utilized?  ☑ Yes  ☐ No
22b. Toxicology Kit collected?  ☐ Yes  ☑ No
23. Reported to police?  ☑ Yes  ☐ No   *If yes, specify police dept.:*
24. DCF involved?  ☐ Yes  ☑ No   *If yes, describe status:*
25. Restraining order in place before assault? ☐ Yes ☑ No   *If yes, date and court location:*
26. Restraining order filed after assault? ☐ Yes ☑ No   *If yes, date and court location:*

### F. MANDATORY REPORTING

27. 19A Elder Abuse Report  ☐ Yes  ☑ No
28. 51A Child Abuse Report  ☐ Yes  ☑ No
29. 19C Disabled Persons Report  ☐ Yes  ☑ No
30. 12A Weapon Report  ☐ Yes  ☑ No
31. 70E Emergency Contraception Administered  ☐ Yes  ☑ Not indicated  ☐ Declined  ☐ Not offered

### G. KIT TRACKING INFORMATION

32. Name of Police Department notified for pick up and transport of Evidence: New Bedford
33. Date notified: 7/18/19   Time notified: 0400

**FAX this report to:**

Massachusetts Executive Office of Public Safety-Research and Policy Analysis Unit
FAX: 617-725-0260 AND: Local public safety authority
RETAIN WHITE COPY OF FORM 2A AND 2B FOR HOSPITAL RECORDS
RETURN YELLOW COPY OF FORM 2A AND 2B TO STEP 1 ENVELOPE
JUNE 2016

**FORM 2B**
**DO NOT FAX THIS PAGE**

# INFORMATION PERTAINING TO ASSAULT
Commonwealth of Massachusetts Sexual Assault Evidence Collection Kit

**KIT NUMBER**    54953

DO NOT WRITE PATIENT'S NAME ON THIS FORM;
DO NOT RUN THIS FORM THROUGH ADDRESSOGRAPH

## A: PERTINENT/RECENT HEALTH HISTORY:

Has the patient undergone recent (within 4 weeks) medical or gynecological procedures or treatments which may affect physical findings or evidence collection? ☐ Yes ☑ No    *NA*
*If yes, describe:*

Patient menstruating at the time of assault? ☐ Yes ☑ No *N/A*    Currently? ☐ Yes ☐ No    LMP ___

Patient's tampon or sanitary napkin to be included in kit? ☐ Yes ☐ No

Has the patient had consensual sexual intercourse in the past 120 hours/5 days? ☑ Yes ☐ No
*If yes, specify the number of hours since consensual intercourse ended:*

Has the patient used any type of contraception in the past 24 hours? ☐ Yes ☑ No
*If yes, specify type:*

## B. SINCE THE TIME OF THE ASSAULT HAS THE PATIENT:

| | | |
|---|---|---|
| a. Changed clothes? ☐ Yes ☑ No | g. Taken in fluid? ☑ Yes ☐ No | |
| b. Bathed? ☐ Yes ☑ No | h. Vomited? ☑ Yes ☐ No | |
| c. Showered? ☐ Yes ☑ No | i. Smoked cigarettes? ☐ Yes ☑ No | |
| d. Washed off? ☐ Yes ☑ No | j. Urinated? ☑ Yes ☐ No | |
| e. Brushed teeth? ☐ Yes ☑ No | k. Defecated? ☐ Yes ☑ No | |
| f. Used mouthwash? ☐ Yes ☑ No | l. Brushed/washed hair? ☐ Yes ☑ No | |

## C. WEAPONS/FORCE USED: (Check all that apply as per patient report and/or physical findings; describe the incident and/or body part involved.)

☑ Verbal threats Describe: "saying oh you like that"    ☐ Strangulation Describe: ___
☐ Bites Describe: ___    ☐ Hitting Describe: ___
☐ Burns Describe: ___    ☑ Gun Describe: they were carry guns
☑ Knife Describe: ___    ☐ Blunt object Describe: ___
☐ Restraints Describe: ___    ☐ Chemical(s) Describe: ___
☑ Hold down/Body weight Describe: Held him against car    ☐ Other physical force Describe: ___
☐ Other weapons Describe: ___    ☐ Alcohol Describe: ___
☐ Drugs Describe: ___    ☐ Unsure

## D. ACTS DESCRIBED BY THE PATIENT:

Did ejaculation occur?

Vaginally? ☐ Yes ☐ No ☐ Unsure    If externally, where?
Anally? ☐ Yes ☑ No ☐ Unsure    ☐ On the patient's body. Where? ___
Orally? ☐ Yes ☑ No ☐ Unsure    ☐ On an object. What object? Where? ___
Externally? ☐ Yes ☑ No ☐ Unsure    ☐ Other: ___
    ☐ Unsure

Did assailant(s) use any substance as lubrication (saliva is considered lubrication)? ☐ YES ☑ NO ☐ UNSURE
*If yes, specify:*

Did assailant(s) lick, spit or make other oral contact with the patient? ☐ YES ☑ NO ☐ UNSURE
*If yes, describe location:*

Was there prolonged or forceful touching of the patient's skin by the assailant's bare hands or fingers? ☑ YES ☐ NO ☐ UNSURE
*If yes, describe location:* Pat down body over clothes

Did assailant(s) attempt to strangle patient? ☐ YES ☑ NO ☐ UNSURE
*If yes, describe:*

Was there loss of consciousness? ☐ YES ☑ NO ☐ UNSURE
*If yes, describe:*

Was the patient incontinent? 
*If yes, Bowel:* ☐ YES ☑ NO    *Bladder:* ☐ YES ☑ NO    ☐ YES ☑ NO ☐ UNSURE

Were there any children present during the assault? ☐ YES ☑ NO ☐ UNSURE
*If yes, describe the relationship to the patient:*

Printed name of medical provider or S.A.N.E. _Kerrie Tierney RN_

Signature of medical provider or S.A.N.E. _Kerrie Tierney_

If applicable, certified number of the S.A.N.E. _31865_    Date _7 / 18 / 19_

# FORM 4
Commonwealth of Massachusetts
Sexual Assault Evidence Collection Kit

# PHYSICAL APPEARANCE/WOUND
# DOCUMENTATION

Record the patient's general physical appearance and demeanor:

Pt is laying on stretcher with right
hand, handcuffed to stretcher.
Engaging in questions, making
eye contact

Record injuries and findings on diagrams: erythema, abrasions,
bruises (detail shape), contusions, induration, lacerations,
fractures, bites, burns and stains or foreign materials on the body.
Record size and appearance of injuries. Note areas of swelling and
patient's indications of tenderness.

SOARES, CHRISTIAN
MR# 2987265    CSN# 230871730
DOB: 3/4/1993    ADM: 7/18/2019
MR#

CSN#

KIT NUMBER    54953



sore

RIGHT SIDE



LEFT SIDE

## PHOTOGRAPHS COMPLETED & ENCLOSED IN HOSPITAL RECORD
### Do not include in Sexual Assault Evidence Collection Kit

Photo Session I.D. Sheet: Pre _____ Post _____

Total # of pictures taken during evidence collection _____

Long Range Photo: Front _____ Back _____

| # of Photos Taken | Numbered Area | Body Part | Instrument | close W/Ruler | close W/O Ruler | medium |
|---|---|---|---|---|---|---|
| | | | | | | (Choose the range description(s) that correspond to the numbered area) |
| _____ | _____ | _____ | Digital/Medscope | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | Digital/Medscope | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | Digital/Medscope | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | Digital/Medscope | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | Digital/Medscope | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | Digital/Medscope | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | Digital/Medscope | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | Digital/Medscope | ☐ | ☐ | ☐ |
| _____ | _____ | _____ | Digital/Medscope | ☐ | ☐ | ☐ |





_Kevne Tierney RN_
Printed name of medical provider or S.A.N.E.

_Kevne Tierney RN_
Signature of medical provider or S.A.N.E.

7 / 18 / 19
Date

REENA: FORM #A.6 4/18

**FORM 5A**
Commonwealth of Massachusetts
Sexual Assault Evidence Collection Kit

**PHYSICAL EXAMINATION**

KIT NUMBER    54953

SOARES, CHRISTIAN
MR# 2987266    CSN# 280871730
DOB: 3/4/1993    ADM: 7/18/2019

| FEMALE | WNL | Swelling | Redness | Abrasion | Tearing | Other |
|--------|-----|----------|---------|----------|---------|-------|
| Labia majora | | | | | | |
| Perineum | WNL | Swelling | Redness | Abrasion | Tearing | Other |
| Clitoris | WNL | Swelling | Redness | Abrasion | Tearing | Other |
| Labia minora | WNL | Swelling | Redness | Abrasion | Tearing | Other |
| Periurethral tissue/ urethral meatus | WNL | Swelling | Redness | Abrasion | Tearing | Other |
| Periurethral tissue (vestibule) | WNL | Swelling | Redness | Abrasion | Tearing | Other |
| Hymen | WNL | Swelling | Redness | Abrasion | Tearing | Other |
| Posterior fourchette | WNL | Swelling | Redness | Abrasion | Tearing | Other |
| Fossa navicularis | WNL | Swelling | Redness | Abrasion | Tearing | Other |
| Vagina | WNL | Swelling | Redness | Abrasion | Tearing | Other |
| Cervix | WNL | Swelling | Redness | Abrasion | Tearing | Other |
| Other | WNL | Swelling | Redness | Abrasion | Tearing | Other |

| MALE | WNL | Swelling | Redness | Abrasion | Tearing | Other |
|------|-----|----------|---------|----------|---------|-------|
| Penis | ✓ | | | | | |
| Circumcised | ☐ Yes | ☐ No | | | | |
| Urethral meatus | ✓ | | | | | |
| Perineum | ✓ | | | | | |
| Scrotum | ✓ | | | | | |
| Testes | ✓ | | | | | |

| FEMALE/MALE ANUS | WNL | Swelling | Redness | Abrasion | Tearing | Other |
|------------------|-----|----------|---------|----------|---------|-------|
| Buttocks | ✓ | | | | | |
| Perianal skin | ✓ | | | | | |
| Anal verge/ folds/rugae | ✓ | | | | | |

**EXAM POSITION USED**
☐ Lithotomy ☐ Other (specify): _____

**EXAM INFORMATION**

| GENITAL EXAM DONE WITH | YES | NO | N/A | Provider Initials |
|------------------------|-----|----|----|-------------------|
| Direct visualization | ✓ | | | KK |
| Speculum Exam | | | ✓ | |
| Medscope Exam | | | ✓ | |
| Anoscopic Exam | | | ✓ | |

**EXAM POSITION USED**
☐ Lithotomy ☐ Other (specify): _____
Is the patient pregnant? ☐ YES ☐ NO  No. Weeks: _____

Further Description of genital injuries and exam, if necessary:

_Kerrie Derney_
Printed Name of medical provider or S.A.N.E.

_Kerrie Derney_
Signature of medical provider or S.A.N.E.

Date 7/18/19

_____
If applicable, print additional medical provider name/title

_____
Signature

_____
Portion of exam done

Date ___/___/___

RETAIN WHITE COPY OF FORM 5A AND 5B FOR HOSPITAL RECORDS    RETURN YELLOW COPY OF FORM 5A AND 5B TO STEP 1 ENVELOPE

**FORM 5B**
Commonwealth of Massachusetts
Sexual Assault Evidence Collection Kit

# EVIDENCE COLLECTED INVENTORY LIST

KIT NUMBER    54953

~~all both white and yellow copies.~~

Date: 7/18/19        Hospital: St. Lukes

Please indicate which pieces of evidence you collected by checking appropriate boxes below. If No, please complete N/I as not indicated or P/D as patient declines.

Name of Medical Provider/SANE: Kerrie Tierney

Signature of Medical Provider/SANE: Kerri Tien

| Step Number | Description of Evidence Collected | YES | NO | N/I Not Indicated | P/D Patient Declines |
|---|---|---|---|---|---|
| Step 1 | Consent Form and Reports | ☑ | ☐ | ☐ | ☐ |
| Step 2 | Control Swabs | ☑ | ☐ | ☐ | ☐ |
| Step 3 | Toxicology Testing | ☐ | ☑ | ☑ | ☐ |
| Step 4 | Known Blood Sample | ☐ | ☑ | ☐ | ☑ |
| Step 5 | Head Hair Combings | ☐ | ☑ | ☑ | ☐ |
| Step 6 | Oral Swabs and Smears | ☑ | ☐ | ☐ | ☐ |
| Step 7 | Fingernail Scrapings | ☐ | ☑ | ☑ | ☐ |
| Step 8 (A) & (B) | Foreign Material Collection | ☐ | ☑ | ☑ | ☐ |
| Step 9 | Clothing (See below for list) | ☐ | ☑ | ☑ | ☐ |
| Underwear should be stored in kit | Underwear worn immediately after assault | ☐ | ☑ | ☑ demo | ☑ |
| | Underwear worn to exam | ☐ | ☑ | ☐ | ☑ |
| Step 10 | Bite Marks | ☐ | ☑ | ☑ | ☐ |
| Step 11 | Additional Swabs | ☐ | ☑ | ☑ | ☐ |
| Step 12 | Pubic Hair Combings | ☐ | ☑ | ☑ | ☐ |
| Step 13 | External Genital Swabs | ☑ | ☐ | ☐ | ☐ |
| Step 14 | Perianal Swabs | ☑ | ☐ | ☐ | ☐ |
| Step 15 | ~~Vaginal Swabs and Smears~~ | ☐ | ☐ | ☐ | ☐ |
| Step 16 | Anorectal Swabs and Smears | ☑ | ☐ | ☐ | ☐ |
| Step 17 | Completion of MSAECK Forms *Be sure to follow instructions on back of FORM 2A.* | ☑ | ☐ | ☐ | ☐ |
| Clothing (Transport Bag) | Contents in Evidence Transport Bag | ☐ | ☐ | ☐ | ☐ |
| | Coat | ☐ | ☐ | ☐ | ☐ |
| | Hat | ☐ | ☐ | ☐ | ☐ |
| | Shirt/Blouse | ☐ | ☐ | ☐ | ☐ |
| | Sweater | ☐ | ☐ | ☐ | ☐ |
| | Pants | ☐ | ☐ | ☐ | ☐ |
| | Skirt | ☐ | ☐ | ☐ | ☐ |
| | Dress | ☐ | ☐ | ☐ | ☐ |
| | Bra | ☐ | ☐ | ☐ | ☐ |
| | Stockings | ☐ | ☐ | ☐ | ☐ |
| | Shoes | ☐ | ☐ | ☐ | ☐ |
| | Other | ☐ | ☐ | ☐ | ☐ |
| | Other | ☐ | ☐ | ☐ | ☐ |

RETAIN WHITE COPY OF FORM 5A AND 5B FOR HOSPITAL RECORDS        RETURN YELLOW COPY OF FORM 5A AND 5B TO STEP 1 ENVELOPE

RE2MA: FORM5P1.3 4/10

**FORM 1**
Commonwealth of Massachusetts
Sexual Assault Evidence Collection Kit

# PATIENT'S CONSENT
# FOR SEXUAL ASSAULT EXAM

SOARES, CHRISTIAN
MR# 2987266     CSN# 290871730
DOB: 3/4/1993     ADM: 7/18/2019

KIT NUMBER    54953

Patient's Name: Christian Soares          Phone Number: N/A

Patient's Address: Homeless

Patient's Date of Birth: 3 / 4 / 1993

I consent and authorize Kerrie Tierney RN          (medical provider or S.A.N.E.) and
St. Lukes          Hospital to perform the following:

Interpreter Used? ☐ Yes  ☑ No  Name: _____

## PROCEDURE

| | CONSENT | DO NOT CONSENT | PATIENT'S INITIALS |
|---|---|---|---|
| • Obtain history | ☑ | ☐ | |
| • Perform Physical Exam | ☑ | ☐ | |
| • Collect evidence which may include: hair, blood samples, body fluid samples, fingernail scrapings and clothing | ☑ | ☐ | |
| • Administer appropriate medical treatment | ☑ | ☐ | |
| • Administer medications for STI prophylaxis | ☑ | ☐ | |
| • Screen for pregnancy | ☑ | ☐ | |
| • Administer emergency contraception for pregnancy prevention | ☑ | ☐ | |
| • Photograph physical injuries | ☐ | ☐ | |
| • Follow-up telephone call Number to call: 508-326-3157 — His emergency contact number Michelle Torrey | ☐ | ☐ | |
| • Other (please specify): _____ | ☐ | ☐ | |

I understand the medical information contained in this record is confidential and private and protected under state law. In most circumstances, the medical record will be released only with my written permission. However, I understand the medical information must be released if subpoenaed by the court.

Signature of patient (or guardian)

If guardian, print name and relationship to patient

Date: 7, 18, 19

Kerrie Tierney
Printed name of medical provider or S.A.N.E.

Kerrie Tierney
Signature of medical provider or S.A.N.E.

Date: 7, 18, 19          3186-5
If applicable, certified number of the S.A.N.E.

RETAIN THIS FORM FOR HOSPITAL RECORDS          RESMA FORM 1.4 4/16



# Presence In Treatment

High Point Treatment Center

**Client#:** 17417248    **Document #:** 37608583

## Contact Information

| | |
|---|---|
| **Address 1:** | |
| **Address 2:** | **Relationship Type:** *Professional* |
| **City:** | **Contact Name:** *Christian Delahunt* |
| **State:** | **Relationship to Client:** *Probation or Parole* |
| **Zip:** | |

## Details

**Client Name:** *Soares, Christian*    **DOB:** *March 04, 1993*

On 03/07/2019, Soares, Christian Entered High Point Treatment Center for:

- Acute Treatment Services / Medical Detoxification (ATS)
- Dual Diagnosis Acute Residential Treatment Program
- Inpatient Psychiatric Unit
- ☑ Outpatient Program: *10 Meadowbrook Road, Brockton, M.*
- Clinical Stabilization Services (CSS)
- Transitional Support Services (TSS)
- Clean and Sober Teens Living Empowered (CASTLE)
- Residential Program:

**Attendance:** Client is present for individual therapy and is compliant with treatment

The average length of stay is determined by the client's condition. A projected discharge date is determined by the client's willingness to comply with treatment recommendations made by the clinical staff.

*Note: This information is disclosed to you from records where confidentiality is protected by Federal Law. Federal regulations (42 C.F.R.) prohibit you from making any further disclosure of this information without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.*

*Electronically Signed By:* **DeJesus, Nicilda**

*2:08:50PM*

Exhibit 5B

Michelle Torrey vs U.S., City of Brockton
Common wealth of Mass et al
Brian Richard Kilfoyle, Nicholas Soivilien    Page
5B

Exhibit 3 B



## SOUTHCOAST
### H O S P I T A L S   G R O U P

**AFFIDAVIT**
**OF**
**MEDICAL RECORDS CERTIFICATION**

The undersigned does hereby certify, under penalty of perjury, that:

1.  I am the authorized custodian of medical records for Southcoast Hospitals Group.

2.  The attached medical record is a true and accurate copy.

    **Name of Patient:    Christian Soares**

    **Medical Record No.:    2987266**

    **Date[s] of Treatment:    7/18/19**

    **Number of Pages:    23 pgs.**

3.  The copies of the medical records for which this certification   is being made are true reproductions made in the regular and ordinary course of business of Southcoast Hospitals Group.

4.  This Affidavit is made pursuant to *Massachusetts General Laws Chapter233 Section 79G and Chapter 111 Section 70.*

Subscribed and sworn to on this 6th  day of  February, 2020.

*Elizabeth a. Faria*
_____
Signature of Full Name of Custodian of Records

Elizabeth Ann Faria, RHIT
Manager, Release of Information
Southcoast Hospitals Group
200 Mill Road, Suite 210
Fairhaven, MA  02719



## SOUTHCOAST
### H O S P I T A L S   G R O U P

### AFFIDAVIT
### OF
### MEDICAL RECORDS CERTIFICATION

The undersigned does hereby certify, under penalty of perjury, that:

1. I am the authorized custodian of medical records for Southcoast Hospitals Group.

2. The attached medical record is a true and accurate copy.

**Name of Patient:** CHRISTIAN SOARES

**Medical Record No.:** 2987266

**Date[s] of Treatment:** 7/18/2019

**Number of Pages:** 15

3. The copies of the medical records for which this certification   is being made are true reproductions made in the regular and ordinary course of business of Southcoast Hospitals Group.

4. This Affidavit is made pursuant to *Massachusetts General Laws Chapter233 Section 79G and Chapter 111 Section 70.*

Subscribed and sworn to on this 16th day of January, 2020

*Elizabeth a. Faria*
Signature of Full Name of Custodian of Records

Elizabeth Ann Faria, RHIT
Manager, Release of Information
Southcoast Hospitals Group
200 Mill Road, Suite 210
Fairhaven, MA  02719

# ▧ Southcoast® Health

**SLH EMERGENCY DEPT.**
**ED Encounter Report**

Soares, Christian
MRN: 2987266, DOB: 3/4/1993, Sex: M
Acct #: 101851627
Adm: 7/18/2019, D/C: 7/18/2019

## Discharge Instructions

Soares, Christian (MR # 2987266)

| Date | Status | User | User Type | Discharge Note |
|---|---|---|---|---|
| 07/18/19 0202 | Pended | John Craford, MD | Physician | Original |

**Note:**

You're medically cleared for incarceration

Please follow any instructions given to you by social care workers.

Return to the ER immediately if your symptoms get worse or if you have any other concerns

## ED Records

### ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 7/18/2019 00:37 | Emergent | Ambulance | Emergency Med Services | Emergency Medicine | Emergency |

**Arrival Complaint**
Rectal Pain

## Visit Summary

### Reason for Visit

Alleged Sexual Assault

### ED Diagnosis

| Diagnosis | Description | Comment |
|---|---|---|
| Final diagnosis | | |
| Alleged assault | Alleged assault | |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| T76.21XA [Principal] | Adult sexual abuse, suspected, initial encounter | Yes | | | |

### Allergies as of 7/18/2019

Reviewed by Zakkiyya Morgan, RN on 7/18/2019

No Known Allergies

### Vitals

Most recent update: 7/18/2019 5:47 AM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 114/86 (BP Location: Left arm, Patient Position: Lying) | 77 | 98.6 °F (37 °C) (Oral) | 18 | 5' 8" (1.727 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 180 lb (81.6 kg) | 96% | 27.37 kg/m² |

## Patient History

### Medical as of 7/18/2019

Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| No known health problems | — | — | Provider |

### Surgical as of 7/18/2019

Past Surgical History: None

Generated on 1/16/20  8:57 AM

# Southcoast Health

**SLH EMERGENCY DEPT.**
ED Encounter Report

Soares, Christian
MRN: 2987266, DOB: 3/4/1993, Sex: M
Acct #: 101851627
Adm: 7/18/2019, D/C: 7/18/2019

## Visit Summary (continued)

### Surgical as of 7/18/2019 (continued)

### Family as of 7/18/2019
None

### Family Status as of 7/18/2019
None

### Tobacco Use as of 7/18/2019

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | | |
| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
| | | Never Used | | Provider |

### Alcohol Use as of 7/18/2019

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | denies daily but states "frequent use" | Provider |
| Frequency | Standard Drinks | Binge Drinking | | |
| — | — | — | | |

### Drug Use as of 7/18/2019

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Yes | Cocaine, Marijuana, Heroin | — | daily use | Provider |

### Sexual Activity as of 7/18/2019

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Activities of Daily Living as of 7/18/2019
None

### Occupational as of 7/18/2019
None

### Socioeconomic as of 7/18/2019

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | | | | English | American | Other/Not Specified | |
| Financial Resource Strain | Food Insecurity: Worry | | Food Insecurity: Inability | | Transportation Needs: Medical | | Transportation Needs: Non-medical | |

### ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| Discharge | | His condition at the time of discharge is good. |

# ❦ Southcoast® Health

| | SLH EMERGENCY DEPT. | Soares, Christian |
| --- | --- | --- |
| | ED Encounter Report | MRN: 2987266, DOB: 3/4/1993, Sex: M |
| | | Acct #: 101851627 |
| | | Adm: 7/18/2019, D/C: 7/18/2019 |

**ED Notes**

**ED Triage Notes by Zakkiyya Morgan, RN at 7/18/2019 12:50 AM**

| Author: Zakkiyya Morgan, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| --- | --- | --- |
| Filed: 7/18/2019 1:13 AM | Date of Service: 7/18/2019 12:50 AM | Status: Addendum |
| Editor: Zakkiyya Morgan, RN (Registered Nurse) | | |
| Related Notes: Original Note by Zakkiyya Morgan, RN (Registered Nurse) filed at 7/18/2019 12:51 AM | | |

Patient presents to the Emergency room in State Police custody reporting he was sexually assaulted by
arresting officers. Patient reports anal penetration with a baton and officer fingers.
Electronically Signed by Zakkiyya Morgan, RN on 7/18/2019 12:51 AM
Electronically Signed by Zakkiyya Morgan, RN on 7/18/2019 1:13 AM

**ED Notes by Zakkiyya Morgan, RN at 7/18/2019 1:10 AM**

| Author: Zakkiyya Morgan, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| --- | --- | --- |
| Filed: 7/18/2019 1:36 AM | Date of Service: 7/18/2019 1:10 AM | Status: Signed |
| Editor: Zakkiyya Morgan, RN (Registered Nurse) | | |

This RN spoke to SANE Nurse (Kerrie). ETA approximately 1 hour.
Electronically Signed by Zakkiyya Morgan, RN on 7/18/2019 1:36 AM

**ED Provider Notes by John Craford, MD at 7/18/2019 12:54 AM**

| Author: John Craford, MD | Service: Emergency Medicine | Author Type: Physician |
| --- | --- | --- |
| Filed: 7/18/2019 1:49 AM | Date of Service: 7/18/2019 12:54 AM | Status: Signed |
| Editor: John Craford, MD (Physician) | | |

## Service Date: ED Arrival Date 7/18/19

## Chief Complaint
**Chief Complaint**
Patient presents with
- Alleged Sexual Assault

## HPI
26-year-old male coming in because he reports he was sexually assaulted by the police in the process of
arresting him for having a loaded gun. Patient reports that he uses fentanyl in cocaine daily. He reports that
the police were trying to extract drugs from his anal cavity he reports that in the process of doing this they use
blunt objects fingers possibly a baton the patient is unsure. He also has pain in his right thumb but does not
want that x-rayed. No other complaints. No other trauma No other recent illness.

The history is provided by the patient and medical records.
Alleged Sexual Assault
Severity: **Moderate**
Onset quality: **Sudden**
Duration: **1 day**
Timing: **Constant**
Progression: **Unchanged**
Chronicity: **New**
Associated symptoms: **no abdominal pain, no chest pain, no cough, no diarrhea, no fever, no rash, no
rhinorrhea, no sore throat, no vomiting and no wheezing**

## ROS
Review of Systems
Constitutional: Negative for fever.
HENT: Negative for rhinorrhea and sore throat.
Respiratory: Negative for cough and wheezing.

**Southcoast® Health**  SLH EMERGENCY DEPT.    Soares, Christian
ED Encounter Report    MRN: 2987266, DOB: 3/4/1993, Sex: M
Acct #: 101851627
Adm: 7/18/2019, D/C: 7/18/2019

**ED Notes (continued)**

**ED Provider Notes by John Craford, MD at 7/18/2019 12:54 AM (continued)**
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain, blood in stool, diarrhea and vomiting.
Endocrine: Negative for polyuria.
Genitourinary: Negative for dysuria and hematuria.
Skin: Negative for rash.
All other systems reviewed and are negative.

## Past History
Past Medical History:
Diagnosis                                                                      Date
- No known health problems

History reviewed. No pertinent surgical history.

History reviewed. No pertinent family history.

**Social History**

Tobacco Use
Smoking Status                    Never Smoker
Smokeless Tobacco                 Never Used

Substance and Sexual Activity
Alcohol Use                       Yes
    *Comment: denies daily but states "frequent use"*

Substance and Sexual Activity
Drug Use                          Yes
- Types:                          Cocaine, Marijuana, Heroin
    *Comment: daily use*

## Physical Exam
Triage Vitals [07/18/19 0042]
BP              115/65
Heart Rate      93
Resp            20
Temp            98.6 °F (37 °C)
Temp src        Oral
SpO2            98 %
Weight          180 lb (81.6 kg)
Height          5' 8" (1.727 m)

Generated on 1/16/20  8:57 AM

**Southcoast® Health**    SLH EMERGENCY DEPT.    Soares, Christian
ED Encounter Report    MRN: 2987286, DOB: 3/4/1993, Sex: M
Acct #: 101851627
Adm: 7/18/2019, D/C: 7/18/2019

**ED Notes (continued)**

**ED Provider Notes by John Craford, MD at 7/18/2019 12:54 AM (continued)**

Body mass index is 27.37 kg/m².

Ideal body weight: 68.4 kg (150 lb 12.7 oz)

Physical Exam
Constitutional: He appears well-developed. No distress.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae are normal. Right eye exhibits no discharge.
Left eye exhibits no discharge. No scleral icterus.
Neck: Neck supple. No tracheal deviation present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Soft. He exhibits no distension and no mass. There is no tenderness. There is no rebound, no guarding and no CVA tenderness.
Genitourinary: Rectum normal.
Genitourinary Comments: **External rectal exam with no evidence of trauma. There is no bleeding. There is no abrasions. Does not even really appear to be any torn hair**
Musculoskeletal: He exhibits no edema or tenderness.
**Full range of motion of his right thumb. No external lesions. No tenderness over any of the joints or bones**
Neurological: He is alert. He exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm and dry. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.
Otherwise no bony tenderness/lacs/abrasions/stepoffs to chest/abd/back/extremities/head w str and pulses intact.
Teeth together normally. No septal hematoma. Pelvis stable. No midline neck tender. EOMI. Str/sens grossly intact. Ambulates easily.


ED Course
Labs reviewed by me:
Labs Reviewed - No data to display

Radiology imaging reviewed by me:
No orders to display


Procedures
No notes on file

Progress

**Southcoast® Health**        SLH EMERGENCY DEPT.    Soares, Christian
                             ED Encounter Report      MRN: 2987286, DOB: 3/4/1993, Sex: M
                                                      Acct #: 101851627
                                                      Adm: 7/18/2019, D/C: 7/18/2019

**ED Notes (continued)**

**ED Provider Notes by John Craford, MD at 7/18/2019 12:54 AM (continued)**
LAMS Score: 0 (07/18/19 0047)

Medical Decision Making:
Amount and/or Complexity of Data Reviewed:
  Review and summarize previous medical records: Yes
  Review and summarize previous medical records comment:  No prior

Patient reporting that he was rectally penetrated and asking to see the sexual assault team.  He has not
believe use penetrated by a penis.  There was no exchange of bodily fluids.  No evidence of significant trauma.
Declining x-ray of his thumb.  Signed out pending sane exam

**Care Transferred:**

**Disposition**
Data Unavailable

John Craford, MD
07/18/19 0149

  Electronically Signed by John Craford, MD on 7/18/2019 1:49 AM

**ED Notes by Zakkiyya Morgan, RN at 7/18/2019 2:21 AM**

| Author: Zakkiyya Morgan, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
|---|---|---|
| Filed: 7/18/2019 2:22 AM | Date of Service: 7/18/2019 2:21 AM | Status: Signed |
| Editor: Zakkiyya Morgan, RN (Registered Nurse) | | |

  SANE Nurse at bedside.
  Electronically Signed by Zakkiyya Morgan, RN on 7/18/2019 2:22 AM

**ED Notes by Maegan Leblanc, RN at 7/18/2019 3:39 AM**

| Author: Maegan Leblanc, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
|---|---|---|
| Filed: 7/18/2019 3:40 AM | Date of Service: 7/18/2019 3:39 AM | Status: Signed |
| Editor: Maegan Leblanc, RN (Registered Nurse) | | |

  Assumed care of pt at this time, SANE nurse remains at bedside.
  Electronically Signed by Maegan Leblanc, RN on 7/18/2019 3:40 AM

**ED Notes by Maegan Leblanc, RN at 7/18/2019 4:13 AM**

| Author: Maegan Leblanc, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
|---|---|---|
| Filed: 7/18/2019 4:13 AM | Date of Service: 7/18/2019 4:13 AM | Status: Signed |
| Editor: Maegan Leblanc, RN (Registered Nurse) | | |

  SANE kit complete. State police detective at bedside.
  Electronically Signed by Maegan Leblanc, RN on 7/18/2019 4:13 AM

**Southcoast® Health**    SLH EMERGENCY DEPT.    Soares, Christian
                          ED Encounter Report      MRN: 2987266, DOB: 3/4/1993, Sex: M
                                                   Acct #: 101851627
                                                   Adm: 7/18/2019, D/C: 7/18/2019

**ED Notes (continued)**

**ED Provider Note: Additional by Michael T Santoni, MD at 7/18/2019 4:36 AM**

| Author: Michael T Santoni, MD | Service: Emergency Medicine | Author Type: Physician |
|---|---|---|
| Filed: 7/18/2019 5:25 AM | Date of Service: 7/18/2019 4:36 AM | Status: Addendum |
| Editor: Michael T Santoni, MD (Physician) | | |
| Related Notes: Original Note by Michael T Santoni, MD (Physician) filed at 7/18/2019 4:37 AM | | |

The patient was endorsed to me as being potentially sexually assaulted by the police and is awaiting a SANE evaluation. The patient was evaluated by SANE who recommended no medical intervention at this time. The patient will be discharged to police custody. The patient was reexamined and he had a a slightly erythematous 3 by 2 cm region of erythema on his right shin and a small area of erythema on his right wrist. There was no evidence of any other significant trauma.

Electronically Signed by Michael T Santoni, MD on 7/18/2019 4:37 AM
Electronically Signed by Michael T Santoni, MD on 7/18/2019 5:25 AM

**ED Notes by Maegan Leblanc, RN at 7/18/2019 5:50 AM**

| Author: Maegan Leblanc, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
|---|---|---|
| Filed: 7/18/2019 5:54 AM | Date of Service: 7/18/2019 5:50 AM | Status: Signed |
| Editor: Maegan Leblanc, RN (Registered Nurse) | | |

D/c instructions provided to pt, d/c in police custody.

Electronically Signed by Maegan Leblanc, RN on 7/18/2019 5:54 AM

**Consults - Consultation Notes**

**Consults by Bonnie Brault, LMHC at 7/18/2019 1:36 AM**                                    Version 1 of 1

| Author: Bonnie Brault, LMHC | Service: — | Author Type: Licensed Mental Health Counselor |
|---|---|---|
| Filed: 7/18/2019 1:38 AM | Date of Service: 7/18/2019 1:36 AM | Status: Signed |
| Editor: Bonnie Brault, LMHC (Licensed Mental Health Counselor) | | |

Spoke further about case with RN; patient has been offered a SANE kit (he has accepted) and has been offered to meet with the Greater New Bedford Women's Center.

Patient is not disabled, an elder or under the age of 18; therefore social work is not filing a report.

P Patient to receive supportive intervention services per his request while he remains in custody of law enforcement. Per RN, law enforcement is aware of plan of care. Social work to remain available for consultation if needed.

Bonnie Brault, LMHC
Electronically Signed by Bonnie Brault, LMHC on 7/18/2019 1:38 AM

**Medications**

**All Meds and Administrations**
(There are no med orders for this encounter)

**All Orders**

**ED consult to Social Service [104716042]**

| Electronically signed by: Zakkiyya Morgan, RN on 07/18/19 0046 | | Status: Completed |
|---|---|---|
| Ordering user: Zakkiyya Morgan, RN 07/18/19 0046 | Ordering provider: John Craford, MD | |

Generated on 1/16/20 8:57 AM

**Southcoast Health**

SLH EMERGENCY DEPT.
ED Encounter Report

Soares, Christian
MRN: 2987266, DOB: 3/4/1993, Sex: M
Acct #: 101851627
Adm: 7/18/2019, D/C: 7/18/2019

## All Orders (continued)

### ED consult to Social Service [104716042] (continued)

Authorized by: John Craford, MD                     Ordering mode: Per protocol: no cosign required

Questionnaire

| Question | Answer |
|----------|--------|
| Reason for consult? | Alleged sexual abuse/ assault |

## Flowsheets (all recorded)

### Custom Formula Data - Thu July 18, 2019

| Row Name | 0042 | 0051 |
|----------|------|------|
| **OTHER** | | |
| BSA (Calculated) | 1.95 sq meters -DR | — |
| IBW/kg (Calculated) Male | 68.4 kg -DR | — |
| IBW/kg (Calculated) FEMALE | 63.9 kg -DR | — |
| Weight in (lb) to have BMI = 25 | 164.1 -DR | — |
| **Relevant Labs and Vitals** | | |
| Temp (in Celsius) | 37 -DR | — |
| **Adult IBW/VT Calculations** | | |
| IBW/kg (Calculated) | 68.4 -DR | — |
| Low Range Vt 6mL/kg | 410.4 mL/kg -DR | — |
| Adult Moderate Range Vt 8mL/kg | 547.2 mL/kg -DR | — |
| Adult High Range Vt 10mL/kg | 684 mL/kg -DR | — |
| **Fall Risk Scale** | | |
| Fall Risk Calculated Score | — | 0 (Morse) -ZM |

### Handoff - Thu July 18, 2019

| Row Name | 0323 |
|----------|------|
| **Handoff** | |
| Handoff Date: | 07/18/19 -ML |
| Handoff time: | 0323 -ML |
| Handoff report given by: | Zakiya RN -ML |
| Handoff report given to: | Maegan RN -ML |

### Secondary Assessment - Thu July 18, 2019

| Row Name | 0053 |
|----------|------|
| **Secondary Assessment** | |
| General Appearance, Functional & Nutritional (WDL) | WDL -ZM |
| HEENT (WDL) | WDL -ZM |
| Cardiac (WDL) | WDL -ZM |
| Respiratory (WDL) | WDL -ZM |
| Gastrointestinal (WDL) | X -ZM |
| Genitourinary (WDL) | WDL -ZM |
| Neuro (WDL) | WDL -ZM |
| Extremities (WDL) | X -ZM |
| Skin Color/Condition (WDL) | WDL -ZM |

**☒ Southcoast® Health**  |  SLH EMERGENCY DEPT.  |  Soares, Christian
|  ED Encounter Report  |  MRN: 2987266, DOB: 3/4/1993, Sex: M
|  |  Acct #: 101851627
|  |  Adm: 7/18/2019, D/C: 7/18/2019

---

## Flowsheets (all recorded) (continued)

### Patient ID Verification - Thu July 18, 2019

| Row Name | 0048 |
|---|---|
| **Patient Identification** | |
| Patient identification verified on hospital ID band by name and DOB? | Yes -ZM |
| Identity Confirmed by | Patient -ZM |

### Precautions - Thu July 18, 2019

| Row Name | 0052 |
|---|---|
| **Safe Environment** | |
| Call Light Within Reach | Yes -ZM |
| Bed In Lowest Position | Yes -ZM |
| Bed Wheels Locked | Yes -ZM |
| Side Rails/Bed Safety | 1/2 -ZM |
| **Safety Precautions** | |
| Safety Precautions | Standard;Other (Comment) patient in police custody -ZM |
| **Isolation Precaution** | |
| Type of Precaution | Standard -ZM |

### Trigger - Thu July 18, 2019

| Row Name | 0048 |
|---|---|
| **Trigger** | |
| Trigger Called? | No -ZM |

### Immunizations - Thu July 18, 2019

| Row Name | 0050 |
|---|---|
| **Tetanus Up to Date** | |
| Is the patient's tetanus up to date? | Unknown -ZM |
| **Immunization Status** | |
| Are immunizations up to date? | No -ZM |

### Standards of Care - Thu July 18, 2019

| Row Name | 0052 |
|---|---|
| **Assessment** | |
| Language Barrier? | No -ZM |
| Language to Discuss Health Care | English -ZM |
| Language Patient Reads | English -ZM |
| Functional Limitations | None -ZM |
| Readiness to learn | Attentive/Motivated -ZM |
| Learning barrier identified: | None -ZM |

### Triage Complete - Thu July 18, 2019

| Row Name | 0050 |
|---|---|
| **Triage Complete** | |
| Complete? | Triage complete -ZM |

### Fall Risk Assessment - Thu July 18, 2019

| Row Name | 0051 |
|---|---|

---

Generated on 1/16/20  8:57 AM

**Southcoast® Health**

SLH EMERGENCY DEPT.
ED Encounter Report

Soares, Christian
MRN: 2987266, DOB: 3/4/1993, Sex: M
Acct #: 101851627
Adm: 7/18/2019, D/C: 7/18/2019

**Flowsheets (all recorded) (continued)**

## Fall Risk Assessment - Thu July 18, 2019 (continued)

| Row Name | 0051 |
|---|---|
| Morse Fall Risk | |
| History of Falling | 0  -ZM |
| Secondary Diagnosis | 0  -ZM |
| Ambulatory Aids | 0  -ZM |
| Intravenous Therapy/Heparin/Saline Lock | 0  -ZM |
| Gait/Transferring | 0  -ZM |
| Mental Status | 0  -ZM |
| Score | 0  -ZM |

## Fever or Chills - Thu July 18, 2019

| Row Name | 0047 |
|---|---|
| Fevers or Chills or Altered Mental Status | |
| Fever or Chills? | No  -ZM |
| Is the patient's mental status altered? | No  -ZM |

## Travel/Exposure Screening - Thu July 18, 2019

| Row Name | 0047 |
|---|---|
| Travel/Exposure Screening | |
| Have you traveled outside of the United States in the last thirty days? | No  -ZM |
| Have you had contact with anyone with a known communicable disease in the last thirty days? | No  -ZM |

## Los Angeles Motor Scale (LAMS) - Thu July 18, 2019

| Row Name | 0047 |
|---|---|
| Los Angeles Motor Scale (LAMS) | |
| LAMS Facial Droop | 0  -ZM |
| LAMS Arm Drift | 0  -ZM |
| LAMS Grip Strength | 0  -ZM |
| LAMS Score | 0  -ZM |

## Healthcare Directives - Thu July 18, 2019

| Row Name | 0051 |
|---|---|
| Advance Directives (For Healthcare) | |
| Have you reviewed your Advance Directive and is it valid for this stay? | No  -ZM |
| Advance Directive | Patient does not have advance directive  -ZM |
| Pre-existing DNR/DNI Order | No  -ZM |
| MOLST | |
| Does patient have a Medical Order for Life-Sustaining Treatment (MOLST)? | No  -ZM |

## Focused Assessment - Thu July 18, 2019

| Row Name | 0048 |
|---|---|

**⊠ Southcoast® Health**

SLH EMERGENCY DEPT.
ED Encounter Report

Soares, Christian
MRN: 2987266, DOB: 3/4/1993, Sex: M
Acct #: 101851627
Adm: 7/18/2019, D/C: 7/18/2019

**Flowsheets (all recorded) (continued)**

**Focused Assessment - Thu July 18, 2019 (continued)**

| Row Name | 0048 |
|---|---|
| **Airway** | |
| Airway (WDL) | WDL  -ZM |
| **Breathing** | |
| Breathing (WDL) | WDL  -ZM |
| **Circulation** | |
| Circulation (WDL) | WDL  -ZM |
| **Disability** | |
| Disability (WDL) | WDL  -ZM |

**GI Assessment - Thu July 18, 2019**

| Row Name | 0108 |
|---|---|
| **Abdominal** | |
| GI Symptoms | Other (Comment) c/o rectal pain -ZM |
| Last BM Date | 07/17/19 -ZM |
| Stool Appearance | Unable to assess  -ZM |
| Stool Color | Unable to assess  -ZM |
| Stool Amount | Unable to assess  -ZM |
| Abdomen Inspection | Unable to assess  -ZM |
| Tenderness | Soft;Nontender  -ZM |
| Passing Flatus | Yes  -ZM |
| **Bowel Sounds** | |
| RUQ Bowel Sounds | Present  -ZM |
| LUQ Bowel Sounds | Present  -ZM |
| RLQ Bowel Sounds | Present  -ZM |
| LLQ Bowel Sounds | Present  -ZM |

**Musculoskeletal - Thu July 18, 2019**

| Row Name | 0108 |
|---|---|
| **Musculoskeletal** | |
| RUE | Full movement;Injury/trauma;No deformity;No swelling -ZM |
| Muscle Tone | No hyper or hypotonicity, tone symmetrical in all extremities -ZM |
| **Pre Existing Orthopedic Devices** | |
| Pre-Existing Orthopedic Device on Patient? | No  -ZM |
| Traction? | No  -ZM |
| **Musculoskeletal Assessment** | |
| Assessed Area | Right Upper Extremity -ZM |

**Peripheral Vascular - Thu July 18, 2019**

| Row Name | 0108 |
|---|---|
| **Neurovascular Area** | |
| Neurovascular area | Right Upper Extremity (RUE) -ZM |
| **RUE Neurovascular Assessment** | |
| RUE Capillary Refill | Less than/equal to 2 seconds -ZM |
| RUE Color | Appropriate for ethnicity -ZM |

Generated on 1/16/20  8:57 AM

**Southcoast® Health**    SLH EMERGENCY DEPT.    Soares, Christian
                                                 ED Encounter Report    MRN: 2987266, DOB: 3/4/1993, Sex: M
                                                 Acct #: 101851627
                                                 Adm: 7/18/2019, D/C: 7/18/2019

**Flowsheets (all recorded) (continued)**

**Peripheral Vascular - Thu July 18, 2019 (continued)**

| Row Name | 0108 |
|---|---|
| RUE Temperature/Moisture | Warm;Dry -ZM |
| R Radial Pulse | +2 -ZM |

**Arrival Documentation - Thu July 18, 2019**

| Row Name | 0045 |
|---|---|
| Aspirin | |
| Has patient had aspirin within 24 hours of arrival? | No -ZM |
| *Contraindication to prescribing aspirin at arrival? | Not Indicated -ZM |
| Prehospital Treatment | |
| Prehospital Treatment | Yes -ZM |
| Prehospital Care | |
| Ambulance Service | STAT Dartmouth -ZM |
| Prehospital EKG Performed | |
| EKG Performed | No -ZM |
| Language Assistant | |
| Interpreter Used? | No -ZM |

**Abuse Indicators - Thu July 18, 2019**

| Row Name | 0051 |
|---|---|
| Screening | |
| Safe in Home | Yes -ZM |
| Safe in Relationship | Yes -ZM |
| Abuse/Neglect probable or suspected? | No -ZM |

**Care Handoff - Thu July 18, 2019**

| Row Name | 0547 |
|---|---|
| Care Handoff | |
| Report Given to | — -ML |

**Departure Condition - Thu July 18, 2019**

| Row Name | 0547 |
|---|---|
| Departure Condition | |
| Instructions given to? | Patient -ML |
| Readiness to learn | Attentive/Motivated -ML |
| Learning barriers? | No -ML |
| Patient/Caregiver Teaching | Discharge instructions reviewed;Follow-up care reviewed;Patient verbalized understanding -ML |
| Type of Instructions provided? | Verbal;Written/AVS -ML |
| Mobility at Departure | Ambulatory -ML |
| Departure Mode | Police Vehicle -ML |
| Accompanied by | Police -ML |

**Vital Signs - Thu July 18, 2019**

| Row Name | 0042 | 0545 |
|---|---|---|
| Vital Signs | | |

Generated on 1/16/20  8:57 AM

# ≋ Southcoast® Health

SLH EMERGENCY DEPT.
ED Encounter Report

Soares, Christian
MRN: 2987266, DOB: 3/4/1993, Sex: M
Acct #: 101851627
Adm: 7/18/2019, D/C: 7/18/2019

## Flowsheets (all recorded) (continued)

### Vital Signs - Thu July 18, 2019 (continued)

| Row Name | 0042 | 0545 |
|---|---|---|
| Temp | 98.6 °F (37 °C) -DR | — |
| Temp src | Oral -DR | — |
| Pulse | 93 -DR | 77 -ML |
| Heart Rate Source | Monitor -DR | Monitor;Automated -ML |
| Resp | 20 -DR | 18 -ML |
| BP | 115/65 -DR | 114/86 -ML |
| NIBP MAP (Calc) | 82 -DR | 95 -ML |
| BP Location | Left arm -DR | Left arm -ML |
| BP Method | Automatic -DR | Automatic -ML |
| Patient Position | Sitting -DR | Lying -ML |
| **Oxygen Therapy** | | |
| SpO2 | 98 % -DR | 96 % -ML |
| O2 Device | None (Room air) -DR | None (Room air) -ML |
| **Height and Weight** | | |
| Height | 5' 8" (1.727 m) -DR | — |
| Height Method | Stated -DR | — |
| Weight | 180 lb (81.6 kg) -DR | — |
| Weight Method | Stated -DR | — |
| **BMI** | | |
| BMI (Calculated) | 27.38 -DR | — |
| **Vitals Timer** | | |
| Restart Vitals Timer | — | Yes -ML |
| Restart Vitals Timer | Yes -DR | Yes -ML |

### Acuity/Destination - Thu July 18, 2019

| Row Name | 0048 |
|---|---|
| **Acuity/Destination** | |
| Patient Acuity | 2 -ZM |
| ED Destination | Main -ZM |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| ZM | Zakkiyya Morgan, RN | 07/01/16 - |
| DR | Danelisse Ruiz | 02/15/19 - |
| ML | Maegan Leblanc, RN | 09/23/15 - |

**Southcoast Health**

SLH EMERGENCY DEPT.
ED Encounter Report

Soares, Christian
MRN: 2987266, DOB: 3/4/1993, Sex: M
Acct #: 101851627
Adm: 7/18/2019, D/C: 7/18/2019

**Encounter-Level Documents - 07/18/2019:**

Scan on 7/18/2019 1:18 PM (below)

SOARES, CHRISTIAN
MRN 2987266   CSN 282871793
DOB 3/4/1993   AGE 7/18/2019

**Patient Instructions Signature Page**

If your condition changes and you are not able to contact your physician, please contact the Emergency Department. I hereby acknowledge receipt and understanding of the instructions given to me by my caregivers and have participated in the discharge plan. I understand that my medical care will be complete only if I follow these instructions and the discharge plan.

I have read and understand the instructions given to me by my caregivers.

Christian Soares

Printed Patient Name

Print Guardian Name                    Date



Patient (or Guardian) Signature          Date

Caregiver/RN/Doctor Signature          Date

D C  D O C

977
77
14 86

Christian Soares (MRN: 2987266) • Printed by Michael Santoni, MD at 7/18/19 4:37 AM          Page 1 of 5 Epic

**Events**

**Admission at 7/18/2019 0037**
Unit: Southcoast Hospitals Group - St. Luke's     Room: RM15          Bed: 15
Hospital
Patient class: Emergency          Service: Emergency Medicine

**ED Arrival at 7/18/2019 0037**
Unit: Southcoast Hospitals Group - St. Luke's Hospital

**ED Roomed at 7/18/2019 0037**

Generated on 1/16/20 8:57 AM

**Southcoast Health**

**SLH EMERGENCY DEPT.**
**ED Encounter Report**

Soares, Christian
MRN: 2987266, DOB: 3/4/1993, Sex: M
Acct #: 101851627
Adm: 7/18/2019, D/C: 7/18/2019

**Events (continued)**

Unit: Southcoast Hospitals Group - St. Luke's Hospital

Discharge at 7/18/2019 0555

| | | |
|---|---|---|
| Unit: Southcoast Hospitals Group - St. Luke's Hospital | Room: RM15 | Bed: 15 |
| Patient class: Emergency | Service: Emergency Medicine | |

Discharge at 7/18/2019 0555

Unit: Southcoast Hospitals Group - St. Luke's Hospital

**ED RN Critical Care Time**

## END OF REPORT