Exhibit 7

Michelle M. Torrey -vs- U.S., City of Brockton
Commonwealth of Mass et al
Brian Richard Kilfoyle; Nicholas Soivilien (7)
page

≡ SECTIONS

Today's Weather
The Ghiorse Factor 8gf

SUBSCRIBE NOW: Free Daily EBlast

Exhibit 7

GOLOCAL Prov
News

GOLOCAL Prov INVESTIGATION
GOT A TIP - CLICK HERE

TRENDING UPDATED: Trump Wounded at Rally,

FACEBOOK TWITTER in LINKEDIN

Search...

# UPDATED: Former Rhode Island State Police Officer Arrested After Fighting Newport Police Detective

Tuesday, September 17, 2019

*GoLocalProv News Team*

2.3k Shares Tweet Share

NEWPORT
CITY OF NEWPORT, RI • INC. 1784 RECHARTERED 1853

Massachusetts State Police officer Brian Kilfoyle was arrested by the Newport Police Department after fighting with a Newport Police officer and resisting arrest, according to a copy of the police report obtained by GoLocalProv.com.

According to the report Kilfoyle had a bloody nose and refused treatment.

Kilfoyle previously worked for the Rhode Island State Police before leaving to join Massachusetts State Police in 2017.

**GET THE LATEST BREAKING NEWS HERE -- SIGN UP FOR GOLOCAL FREE DAILY EBLAST**

GOLOCAL
Sign Up for the Daily Eblast
Email address GO!

**The Arrest**

According to the police report, Kilfoyle engaged in a fight with Newport Police Detective Jason Head while standing on the sidewalk in front of One Pelham East on Thames Street on Saturday.

The report states that Kilfoyle was suspected of using alcohol and that he previously for disorderly actions.

The police report by Head states, "Upon arrival, I photographed the male party, ID Brian Kilfoyle, using the camera from Patrol Kit 2. I later uploaded the photographs to the Camera Downloads folder. Officer Sardinha transported Kilfoyle to the station for booking, Detective Head followed and I cleared."

According to the report, "Disorderly Conduct. 11-45-J(Fighting). Brian Kilfoyle is a disorderly person when he engaged in a fight with Detective Jason Head, while standing on the sidewalk in front of The Pelham, and after being removed from the area once before for disorderly actions."

**Kilfoyle Leaves RI**

Back in 2017, Kilfoyle was one of four Rhode Island State Troopers to resign and take positions with the Massachusetts State Police.

Kilfoyle served on the Rhode Island State Police force from July of 2013 to August of 2017 before leaving for Massachusetts.

The other officers that left were Robert Twitchell, Nicholas Martin, and Cedric Carvalho.

## Related Articles

- **Community Activist Keys to Run Against Williams for State Rep in Providence**
- **"I Won't Be Politically Correct," Said Former State Rep & Trump Campaign Chair Trillo on LIVE**
- **Disgraced Former State Rep Carnevale Registered to Vote at Embroiled Providence Address**
- **Marzullo Announces Candidacy for State Rep. in District 26**
- **Endorsement Fallout in RI Democratic Party an "Open Wound," Says Former State Rep. Marcello on LIVE**
- **Unions Donated Over $25K to State Rep Who Introduced "Protectionist" Fire and Police Bill**
- **Raimondo's Black History Month Comments Ripped by Former State Rep Rickman**
- **Sierra Club Announces Endorsements for State Reps & State Senators**
- **RI State Rep. Candidate is in Business with One of the Most Notorious "Slumlords"**
- **State Rep Blasts Being "Sabotaged" by Granahan on WPRO**
- **Democratic Candidate for State Rep. in RI is a Registered Republican in Florida**
- **NEW: Former State Rep Ray Fogarty Passes Away**
- **EXCLUSIVE: RI State Rep Calls Police Over Abortion Tweet**
- **INVESTIGATION: DCYF Wrongfully Removed Children From RI Mother, According to State Report**
- **"School Funding is the Big Issue" — Newly Elected State Rep. Speakman on LIVE**
- **RI State Rep Calls on Attorney General Neronha to Investigate DCYF**
- **RI State Police Offer Safety Tips for Drivers During July 4 Holiday**
- **Investigation of RI State Police by U.S. Justice for Civil Rights Urged by Top Minority Leaders**
- **Black Law Enforcement Association Speaks Out on Videotaped State Police Assault**
- **RI State Police Arrest 9 People for DUI Over Holiday Weekend**
- **RI State Police Arrest 2 Fugitive Brothers Wanted in Worcester for Armed Assault to Commit Murder**
- **RI State Police Arrest 7 Tied to Providence Shootings**
- **RI State Police Raid Twin River UPDATED**
- **RI State Police Seizes 94 Pounds of Marijuana, Arrests Two NY M**
- **RI State Police Arrest of Suspect in Shooting and Attempted Rob**
- **RI State Police Arrest Hasbro Children's Hospital Employee for C**
- **RI State Police Release the Name of the Driver Killed in 295 Accid**
- **RI State Police Arrest Police Officer for Cyberharassment of Form**
- **NEW: MA State Police Investigating Woman's Death - Hit By MBT**
- **RI State Police Arrest Assistant Fire Chief for "Indecent Solicitati**
- **NEW: RI State Police Arrest Former State Rep-Elect for Embezzlin**
- **UPDATED: RI State Police Command Members Being Investigate**
- **RI State Police Arrest Elementary School Teacher for Child Porn**



**Sign Up for the Daily Eblast**

**Enjoy this post? Share it with others.**

2.3k Shares    Tweet    Share





**Sign Up for the Daily Eblast**

Exhibit 7A

Exhibit 7A

BOSTON    News    Weather    Sports    Video    WBZ Features    More

LOCAL NEWS

# Charges Against Massachusetts State Trooper Arrested In Newport Dropped



September 26, 2019 / 11:35 AM EDT / CBS Boston

NEWPORT, R.I. (AP) -- Authorities have dismissed charges against a Massachusetts State Police trooper who had been accused of disorderly fighting and resisting arrest outside a Rhode Island nightclub.

The Newport Daily News reports the charges were dropped because Brian Kilfoyle wrote an apology letter and completed counseling.

According to the arrest report, the 31-year-old Berkley man had been told to leave the Newport nightclub on the morning of Sept.



Police said they saw Kilfoyle being "belligerent" and harassing an officer.

Newport Detective Jason Head said he told Kilfoyle to leave the area multiple times and arrested him only when he became "combative."

A Massachusetts State Police spokesman says Kilfoyle remains on restricted, administrative duty pending completion of an internal investigation.

------

*Information from: The Newport Daily News.*

*(© Copyright 2019 The Associated Press. All Rights Reserved. This material may not be published, broadcast, rewritten or redistributed.)*

## More from CBS News

Prosecutors say Read's "sensational" attempt to get 2 charges dismissed lacks merit 

Best-selling author Brendan DuBois arrested in New Hampshire 

Former South Shore pediatrician accused of assaulting patients faces new charges



Stop & Shop closure in Brockton has customers concerned about limited alternatives



© 2019 CBS Broadcasting Inc. All Rights Reserved.

### The 10 To-Do List Items of Top Financial…

Uncover why big-time CFOs rely on daily routines. Use this checklist to free up time, focus, and energy so you can thrive as CFO.

### Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack

This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.

PAID   ONLINE SHOPPING TOOLS

### These Barefoot Shoes are Leaving Neuropath…

PAID   BAREFOOT VITALITY   | Buy Now |

### Massachusetts Neurologists Baffled: This Shoe Helps with Pain Like No Other

PAID   BAREFOOT VITALITY

### Massachusetts: Big Changes Near Brockton…

Do not pay your auto insurance bill until you read this.

PAID   PENNY PINCHER   | Read More |

### Trump rally shooter killed by Secret Service

©2024 CBS Broadcasting Inc. All Rights Reserved.

| | |
|---|---|
| Terms of Use | Sitemap |
| Privacy Policy | About Us |
| California Notice | Advertise |
| Do Not Sell My Personal Information | CBS Television Jobs |
| WBZ-TV | Public File for WBZ-TV |
| News | Public File for WSBK-TV / myTV38 |
| Sports | Public Inspection File Help |
| Weather | FCC Applications |

Exhibit 7B

Michelle Torrey-vs U.S., City of Brockton,
Commonwealth of Mass et al
Brian Richard Kilfoyle, and Nicholas Soivilien

NEWS

# Charges dropped against state trooper from Berkley stemming from incident outside R.I. bar

Laura Damon Newport Daily News

Published 3:20 p.m. ET Sept. 25, 2019 | Updated 3:46 p.m. ET Sept. 25, 2019

NEWPORT, R.I. — Charges of disorderly conduct — fighting — and resisting arrest against a Massachusetts state trooper were dismissed Tuesday in District Court.

The charges were dismissed because Brian Richard Kilfoyle, 31, of Berkley, wrote an apology letter and completed counseling, according to court records and a district court clerk. Judge Colleen Hastings presided over district court proceedings Tuesday.

Kilfoyle was arrested Sept. 15 about 12:10 a.m. after an incident outside One Pelham East on Thames Street. The trooper was immediately relieved of duty following the incident, Dave Procopio, director of media communications with the Massachusetts State Police, told *The Daily News* previously.

The Massachusetts State Police held a formal duty status hearing Sept. 18 before a board of three commissioned officers. As a result of the hearing, Kilfoyle was placed on restricted duty, meaning administrative duty with no department-issued equipment, weapon or vehicles and no contact with the public. The agency's internal investigation remains ongoing, Procopio said in an email Wednesday, and Kilfoyle will remain on restricted duty until the internal investigation concludes.

"There is no timetable on any internal investigation we do. They take whatever amount of time is warranted given the specific circumstances of each case," Procopio added.

On Sept. 15, Newport police were dealing with a separate incident when Newport Detective Jason Head "observed Kilfoyle staring at [Newport] Officer [Gregory] Hutson and I, scowling, and mumbling something then saying '[expletive] you,' with his chest out and leaning forward," according to Head's arrest report. Hutson asked the man if he was all right before asking him to leave.

"I then watched Officer Hutson turn around and walk back to the front of his cruiser and Kilfoyle said still scowling with an angry demeanor to his face, 'you'd better watch your back … and gun.'"

Head told Kilfoyle to leave the area "as threatening police is not tolerated. I began putting my hand out and was pushing him back towards the sidewalk … Kilfoyle was pushing back on me saying 'you know what you're doing' and words similar to 'you know what I am.'"

Head said he smelled alcohol on Kilfoyle's breath and that Kilfoyle was combative. "I again told him to leave the area or he would be arrested." Kilfoyle then "squared off with his right arm back. I believed an assault was imminent on me by Kilfoyle and I went to grab his left arm and told him he was under arrest," the report said.

Kilfoyle swung his left arm "as to strike me in the head" but Head ducked, according to the report. Kilfoyle continued to refuse orders, and Officer Hutson and the One Pelham East doorman came to assist with Kilfoyle's arrest.

The Newport Fire Department arrived, but Kilfoyle refused medical treatment, the report said.