# Exhibit 8

Michelle M. Torrey - US - U.S., City of Brockton, Commonwealth of Mass et al Brian Richard Kilfoyle, and Nicholas Soivilien

page(8)

Exhibit #8

| CORRECTED (if checked) | | |
|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>Searles, Annese & Torrey Associates, Inc<br>33 DOVER STREET, SUITE #124<br>Brockton, MA 02301<br>508-580-8440 | OMB No. 1545-0116<br>Form **1099-NEC**<br>(Rev. January 2022)<br>For calendar year<br>2023 | **Nonemployee Compensation**<br>Copy B<br>For Recipient |
| PAYER'S TIN | RECIPIENT'S TIN | 1 Nonemployee compensation<br>$ 161838.98 |
| | | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ |
| RECIPIENT'S name<br>MICHELLE M TORREY | | 3 |
| Street address (including apt. no.)<br>294 PROSPECT ST | | 4 Federal income tax withheld<br>$ |
| City or town, state or province, country, and ZIP or foreign postal code<br>BROCKTON, MA 02301 | | 5 State tax withheld<br>$<br>$ |
| Account number (see instructions)<br>282501 | | 6 State/Payer's state no.<br>MA |
| | | 7 State income<br>$<br>$ |

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported

Form **1099-NEC** (Rev. 1-2022)    www.irs.gov/Form1099NEC    Department of the Treasury - Internal Revenue Service

DAA