Exhibit, 9

Flash Drive
No Exhibit
Left w/ Clerk
Contain 5
videos

Michelle M Torrey -vs- U.S., City of Brockton, Commonwealth of Mass et al
Brian Richard Kilfoyle, and Nicholas Sivilien

page 9B