

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**ROBERT M. FARRELL**  **TELEPHONE**
**CLERK OF COURT**  **617.748.9152**

DATE:  9/30/2024

IN RE:    Torrey v United States of America, et al,

CIVIL ACTION NO:  24-10864-WGY

## NOTICE TO PLAINTIFF

**Upon receipt of the enclosed forms, you are required to complete the necessary forms and furnish the United States Marshal with the following:**

( x )  one copy of the operative complaint (original or amended) for service on each named defendant;

( x )  one copy of any motion, pleading, order or other document of which the Court has ordered service, for each named defendant;

( x )  one original summons for each named defendant;

( x )  one copy of each original summons for service on each named defendant;

( x )  one copy of USM-285 (Process Receipt and Return) for service on each named defendant; and

( x )  one copy of the order(s) approving the application for leave to proceed in forma pauperis and service by the United States Marshals Service (for the records of the United States Marshals Service).

**Upon completion of each package of the above forms, please forward them to the**

Office of the United States Marshal
United States Courthouse
Civil Section - Room 1500
1 Courthouse Way
Boston, Massachusetts  02210

 

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**ROBERT M. FARRELL**  
**CLERK OF COURT**

**TELEPHONE**
**617.748.9152**

## LOCAL RULE 4.1

### SERVICE OF PROCESS - DISMISSAL FOR FAILURE TO MAKE SERVICE

**(a)** **Time Limit.** Any summons not returned with proof that it was served within 90 days of the filing of the complaint is deemed to be unserved for the purpose of Fed. R. Civ. P. 4(m).

**(b)** **Showing of Good Cause for Failure to Comply.** Counsel and parties appearing pro se who seek to show good cause for the failure to make service within the ninety (90) day period prescribed by Fed. R. Civ. P. 4(m) shall do so by filing a motion for enlargement of time under Fed. R. Civ. P. 6(b), together with a supporting affidavit. If on the 14th day following the expiration of the ninety (90) day period good cause has not been shown as provided herein, the clerk shall forthwith automatically enter an order of dismissal for failure to effect service of process, without awaiting any further order of the court. The clerk shall furnish a copy of this local rule to counsel or pro se plaintiffs, together with the summons. Such notice shall constitute the notice required by Fed. R. Civ. P. 4(m). No further notice need be given by the court.

**(c)** **Service According to State Practice.** In those cases where the Federal Rules of Civil Procedure authorize service of process to be made in accordance with state practice, it shall be the duty of counsel for the party seeking such service to furnish to the Clerk of Court forms of all necessary orders and sufficient copies of all papers to comply with the requirements of the state practice, together with specific instructions for the making of such service, if such service is to be made by the United States Marshal.

*Effective September 1, 1990; amended effective January 2, 1995; December 1, 2009; May 6, 2016.*




UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**ROBERT M. FARRELL**  **TELEPHONE**
**CLERK OF COURT**  **617.748.9152**

### FED. R. CIV. P. 4(i)

### INSTRUCTIONS FOR EFFECTING SERVICE ON THE UNITED STATES, ITS AGENCIES, CORPORATIONS, OFFICERS, OR EMPLOYEES

Rule 4(i) of the Federal Rules of Civil Procedure prescribes how the United States, its agencies, corporations, officers, or employees must be served with the summons and complaint. Please review the rule carefully: depending on the party being sued, you may be required to also mail a copy of the summons and complaint to the officer, employee, agency, or corporation, or the Attorney General.

**Serving the United States, Its Agencies, Corporations, Officers, or Employees.**

**(1)** *United States*.  To serve the United States, a party must:

**(A)** **(i)** deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or

**(ii)** send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

**(B)** send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

**(C)** if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

**(2)** *Agency; Corporation; Officer or Employee Sued in an Official Capacity*.  To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

 **(3)**   ***Officer or Employee Sued Individually.*** To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).

 **(4)**   ***Extending Time.*** The court must allow a party a reasonable time to cure its failure to:

  **(A)**   serve a person required to be served under Rule 4(i)(2), if the party has served either the United States attorney or the Attorney General of the United States; or

  **(B)**   serve the United States under Rule 4(i)(3), if the party has served the United States officer or employee.

---

**ADDRESSES:**

Attorney General of the United States:

 Attorney General of the United States
 Department of Justice
 950 Pennsylvania Ave., NW
 Washington, D.C. 20530

United States Attorney's Office for the District of Massachusetts:

 United States Attorney
 United States Courthouse
 1 Courthouse Way, Ste. 9200
 Boston, MA 02210