United States District Court
District of Massachusetts

Michelle M. Torrey

    Plaintiff,

v

FBI United States of America
City of Brockton, et al.;

    Defendents

FILED IN CLERKS OFFICE 2024 OCT 30 PM 3:10 U.S. DISTRICT COURT

## Motion to Appoint Counsel

Whereas, on 3/23/21 my home was illegally searched by law enforcement. I am an innocent third party to a forefeiture Case 24-10864-WGY. The Plaintiff has repeatedly asked for legal Counsel to ensure that case and claims are properly written and best case law to prove beyond a reasonable doubt her rights were violated and help her get a required due process hearing and return of seized property as well as stolen items that are fully described in body of multiple complaints. Also damages sought for abuse of power witness intimidation and multiple claims. Please see attached Exhibit

(page 1)

1 which is motion submitted to the court on 7/13/24 that Motion has all case law and Constitutional Protections as I don't want to be redundant. Please provide a budget for Attorney, Investigator, and whatever is required to defend my interests as I have been so harmed by the defendants and it is the law under Equal Access to Justice under (CARFA). I checked order and do not know how many times my reasonable request was denied

Respectfully Submitted

_Michelle M. Torrey_　Date
Michelle M. Torrey
Signed under pains and penalties of Perjury