United States District Court
District of Massachusetts

Michelle Torrey
   Plaintiff

v.

FBI United States of America, et al.,
Defendants
Prosecutor Kaitlyn O'ddonel

   Defendants.

Civil Action No:
24-10864-WGY

FILED IN CLERKS OFFICE
2024 OCT 30 PM 1:41
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Motion to Leave and File
## Motion to Reconsider Order Dated September 30, 2024

Ms. Torrey objects to order that states that prosecutors are absolutely immune from suit for exercising core prosecutorial functions. In fact "Prosecutorial Immunity" is a judge made doctrine that cloaks Kaitlynn O'ddonel and all prosecutor in a near-absolute immunity from suit. Under this doctrine, prosecutors cannot be sued for any actions related to their job as a prosecutor, no matter how agregious the behavior. Prosecutorial immunity is an absolute shield against damages, lawsuits for claims that arise from prosecutorial actions. Believing that the constant worry of lawsuits would impede the prosecutors ability to do their job in its 1976 decision Imbler v. Patchman, The Supreme Court created this immunity to serve the "public trust" and ensure the proper functioning of the Criminal Justice System.

page (1)

Instead this immunity shows that this immunity enables prosecutors to disregard Constitutional Rights in order to pursue convictions and violate Due Process in this case and conspire with Agencies to steal currency of the innocent Owner. The prosecution and Government have delayed and denied Due Process; which has resulted to great harm to Ms. Torrey. A Protected Class as I am a minority, I was not given Consideration as protected under State law as Innocent Owner as a higher Standard of proof as their was no nexus between my money being held was not derived from illegal activity. The Plaintiff Ms. Torrey has been extremely prejudiced and the actions and inactions has caused great harm. When documention was provided on numerous occassions within weeks of illegal search by multiple people; myself, Attorney Paul Clancy, Attorney Joshua Warner all inquired about forfeiture hearing to Ms. Oddonell directly and indirectly to Ms. Oddonel's assistants. I was told on several occassions someone would call me back in which days would pass and I woold call again and send paperwork. I have traveled to her office on 3 occassions bringing documents and inquiring about investigations on money and items taken that wern't on inventory list. I was told I would be getting notified in the mail. A year passed nothing no investigation. I called yet again at this time probally 12 calls made in addition to demanding my money directly to Ms. Oddonel at every court proceeding for my son. I would demand return of at least of the property that was mine on Inventory List which was the cash being held and survaillance system.

page(2)

A Prosecutors misconduct cannot only resut in an innocent persons conviction but also caused serious harm to innocent owner Ms. Torrey. Ms. Torrey has suffered fincial ruin as her over due tax obligation just keeps compiling at daily interest and penalities has resulted in her loss to earn a living as a realtor as liscense was not renewed due to tax obligation and inability to pay after the Federal Government "money grab" in March 2021. I lost my whole savings approximately 148,000 probally more. More importanty my engagement ring and tennis bracelet gifts and promises now broken. I have penalities and interest that have accoued at absorbant interest rate. Someone is responsible for these fees that surely would have been paid and not subject to penalties and interest and the longer my money is illegally withheld keeps growing and Ms. Oddonel is responsible for this debt for withholding my funds and deny the request for a meaningful hearing.

It has been brought to my attention, that despite prosecutorial immunity's fundamental flaw there is only one carve out to this otherwise impervious protection. It does not shield prosecutors from being sued for actions that are not related to advocating for the prosecution such as acting as an investigator or police detective. In other words, "the actions of a prosecutor are not absolutely immune merely because they were performed by a prosecutor. Ms. Oddonel lead me to beleive she was investigating my claim of theft with

page (3)

FBI agents as she said " I will call FBI and inquire where missing currency and jewelry you are alleging are missing. Since my call to Brockton Police Cheif resulted in her after reporting theft was told money was not stolen and all were seized. I was advised to contact Ms. Oddonell and her phone number was given to me by Brockton Police Cheif. Till this day no one will investigate the theft and loss of time and no investigation by proper authorities to do so has resulted in great prejudice to Ms. Torrey and her claim. Either party should have at the very least taking a complaint as I reported to Attorney General and every body I thought had authority. This I believe is an ongoing unwritten policy and pattern by law enforcement and prosecutors to claim title to valuables illegally and legally thru forfeiture and emphasis on Minority defendants and Third Parties (Innocent Owner). Which adds injury to insult. My legal hard money seized and stolen. No way to get a hearing as no one is more annoying and persistant in my retrival of my property. Yet despite diligent efforts, I was constantly ignored and just made to wait needlessly as if the harm being caused and my constant presence with request for investigation results were valid and I will not be ignored or not seen. I demand my day in court with a jury for trial of my peers. This is my request and desire.

page (4)

The preliminary order of Forfeiture States on January 11, 2023 a federal grand jury sitting returned a 6 count Superseding Indictment. The Forfeiture Order was dated ~~someday~~ 11/16/2023 from Judge Young. Yet Mr. Soares son of Ms. Torrey had been taken into custody March 23, 2021 when illegal warrantless search seizure and larceny of over 80,000.⁰⁰ in cash as well as other valuables. The dates from illegal home invasion and indictment are concerning to say the least and warrant investigation as why could my honest money be taken and withheld while no charges ever existed against homeowner and her son charged in Secret Grand Jury indictment (almost 2yrs) later. Mr. Krowski I have multiple emails and texts clearly states he does not represent Soares on 2nd case. He was told multiple times to file motions (lie) Motion to Suppress and never did so. What Attorney does not file a Motion to Suppress with Audio and Video evidence of Illegal Search an Seizure? My son had ineffective counsel as I told him I had no money and he told me and emailed he does not represent Mr. Soares on Criminal Case No 19-CR-10296-WGY. Ms. Oddonel has repeatedly lied in regards to abuse by Trooper Kilfoyle as she stated in open court that Mr. Soares lied the hearing was immediatly stopped and we all went to brake room and Mr Krowski was told no deal. He is not

page (5)

a liar and rather do a 100 years in prison than to retrack his report of abuse. She came back and recanted her statement. My son believes the D.A. and Mr. Krowski coluded and he told the court he is no longer represented by Mr. Krowski and prior to that torote a motion not to accept any pleadings, extensions, ect. on his behalf. From any one other than himself and Mr. Krowski no longer represents him. He rejected the plea agreement and requested a trial. This was denied even though he was being tortured in Pennsylvania, held in a room with no bathroom with another inmate for over a month. I had no contact with my son for 3 months until he was returned to Wyatt RI. The other inmate called me and told me of abuse. This too is illegal on so many levels. My son was forced into relations with a female inmate that called me and told me she was pregnant. I was than called by an investigator at the prison and asked questions regarding knowledge of (their) relationship.

Since this time she had the baby in prison and I was denied a requested paternity test. Oh, did I mention she was brought from Alabama to Colorado to obtain an abortion that she refused. Several staff at prison were terminated for relations with inmates and my son was tortured and forced into relations to cover up staff abuse. So for him to state he was under duress is an understatement. Yet he too was denied legal counsel at request of Attorney Krowski by Honorable Juge Young.
page (6)

My constitutional rights to due process shall not be foregone due to De facto Doctrine; as I have a right to due process as an American Citizen. What happens to the least of us should concern most of us! Through Discovery, Production of Documents, Court Provided Investigator I will obtain the names of all involved in the "Money Grab," as well as other valuables and hold all accountable to the fullest extent of the law. I am not making a claim I am speaking my truth and to be silenced or not heard is disheartening to say the least. I've worked hard for everything I accumulated and for some groups or Agencies and law enforcement to feel entitled to steal, withhold, confiscate, forfeiture, my hard earned funds and possessions will be meant with extreme opposition. If I have to be in law library and denied counsel pursant to ("CAFRA") Civil Asset Forfeiture Reform Act of 2000. which intended to limit pre-trial filing delays, allows government 60 days to send notice after seizure and an additional 90 days to file complaint after a claim. After receiving notice CAFRA such allows the government an additional 150 days to file a complaint. The dates do not match from date of illegal search and seizure.

    When a Prosecutor carelessly or purposefully fails in his or her duties it will usually result in harm to a defendant it could be a conviction or loss of life. However in this case it was the innocent owner that was prejudiced, victimized, stolen from as 62,820 was on Inventory sheet however someone stole over 80,000 from safe that was in innocent owners bedroom in a locked same majority of money was in 100 dollar bills banded with initials of bank teller from Bank of Gaston where money came from withdrawl of funds sale of proceeds and cashing paychecks drawn on same bank as Employer Torrey and Associates R.E that were cashed by Ms. Torrey and

(page 7)

Stored in safe for safe Keeping. My son Christian Soares did not receive a fair trial. His motions went unanswered. He requested a Motion for Stay Put so he could access law library and computer as he was every day with help of Inmate a legal scholar and Employee at jail not sure of job title but I would recieve emails with Motions to file on his behalf as his POA I would sign at his request and submit as he requested counsel as like myself and too was denied. He was moved with no notice or Knowledge to Pennsylvania he was on immediate lock down not due to his conduct but he said he arrived and the facility was in a lock down situation. He was unable to send any more motions or respond to P.A motion for extension or Ruling made which he and I object too. There was no consideration given to his motions and prior to being moved he was sending Motion to Reconsider Plea Agreement w/ all Atty Krowski Correspondences as well as Supporting documents of duress and ineffective counsel with case law. My property was illegally seized as law enforcement lied to precure a warrant to search the home as Application for Warrant to Magistrate Contained many falsehoods. The warrant itself encourages and gives law enforcement license to steal or seize innocent owners property which State law is clear that cannot be suspicion and their is no nexus that can be implied or misconstrued as money in my bedroom was mine and origin was shown so again never should have been subject to forefeiture. My only flaw is having a son with Mental Illness which negatively effects his life. As a parent I have done everything I possibly can to assist him in this arena. It is common practice for Police, State Police and Law Enforcement to lie and tell falsehoods to obtain a search warrant which makes warrant warrantless warrant

(page 8)

The Second Circuit holds Due Process requires that a foreFeiture hearings are required See Krimstock 306 F 3d at 40; see also Lee v. Thorton, 538 F.2d 27, 31-32 (2d Cir 1976.) Second Circuit Court found on Krimstock that "There should be some mechanism to promptly test the validity of the Seizure." Id. at 837. The Seventh Circuit Court found a hearing required under Matthews, especially given that the private interest was a vechile that was seized. Id. at 838 the court rejected the idea and arguments based on alleged administrative burdens. The New York Court of Appeals is in accord. See Canaan, 802 N.E. 2d at 623-24. This case involved county forfeiture scheme, under which property owners had to wait 120 days after seizure for commencement of foreFeiture proceeding Id. at 142. Balancing the Matthews factors the court held that due process requires that a prompt post seizure retention hearing before a neutral magistrate be afforded with adequate notice to all defendants. The Minnesota Supreme Court held that "due process urgently requires a prompt post seizure hearing at least in circumstances, Owner raises "innocent owner defenses". Olson 924 N.W.2d at 613. The Court specifically rejected the being hampered by costly and substantially "redundant administrative burdens," id at 821.

In closing the Prosecutor Ms. O'ddonell has caused great harm to Ms. Torrey knowingly withholding her money when she and her assistants were told I need an immediate procedure as I am need of oral Surgery all my teeth need to be removed immediatly as poison is flowing into my system. Dentists don't have to perForm services without payment I have a huge

Page (9)

Infection that will turn septic and cause immediate death. In 2020 I made arrangements for dental implants cost was $70,000.00 I saved for years and my money was stolen for this procedure. Park Dental in Plymouth already removed 4 teeth and I paid for 3D X-rays and now my teeth have failed my whole mouth is infected and I am in constant pain. I will have to get dentures now as my bone has deteoriated to not support implants. This is another part of harm caused by delay of Prosecutor purposefully based on bias. I have already reported to you Ms. Klapman case a white woman within same time frame as my case actually 6 months or so later than my case she received a notice and forfeiture hearing within months. She was also charged with a crime and agreed to plea agreement. This is just one example. As a Prosecutor you must treat all parties equal and Again to delay is too Deny. I contend this was also done so Ms. Torrey could not bring claim to Agencies and due to her delay for her own personal reasons have caused great harm, prejudice, and may have run out the time to successfully bring claim to receive compensation for crimes and violations committed to Ms. Torrey by Defendants. In addition she is responsible for my loss of liscense, loss of income, interest due IRS due to her unwillingness to file the forfeiture in accordance to the Law. U.S.v.Jones, Memorandum discussing Prosecutorial Misconduct an order for training and Sanctions No. 07-10289 (D. Mass) (May 18, 2009) (Judge Mark Wolf)

Respectfully Submitted

Date October

Michelle Torrey
Signed under Pains Penalties of perjury

page (10)