United States District Court
District of Massachusetts

Michelle M. Torrey
 Plaintiff

v        Plaintiff

United States of America
et al defendants
    Defendants

December 23, 2024

Civil Case# 24-10864 WGY

Motion to Leave and File

Motion for Enlargement of Time

The Plaintiff, Ms. Michelle Torrey requests an additional 30 days to make service to above named defendants under Fed. R. Civ. P. 6b. The Plaintiff on December 23, 2024 went to U.S. Marshalls office to attempt to have the Marshall's Office perform the service requirement of the Rule of Federal Civil Procedure. Ms. Torrey was told that the person whom handles pro seau service is out of office and would not be

(page 1)

returning until after the Holiday. The Marshall that I spoke to at 3:20 December 23, 2024 said that due to tight time frame to make service to all parties may require up to 30 days. He told me to come back either Thursday or Friday when the person whom handles in forma pauperis will be in and can further advise and take papers to complete service to defendants. He did advise to ask for an extension to make service and provide proof of service to the Court.

Respectfully Submited

Michelle M. Torrey  12/23/21
Michelle M. Torrey   Date
Signed under pains and penalties of perjury.

(page 2)   supporting Affidavit