FILED
IN CLERK'S OFFICE
2024 DEC 23 PM 5:03
U.S. DISTRICT COURT
DISTRICT OF MASS.

Affidavit of Michelle M. Torrey            December 23, 2024

(1) The Plaintiff requests a 30 day extension to complete service. Ms. Torrey was extremely sick with covid for the period of Sept 27, 2024 to October 15, 2024. She did not open or look at any mail during this period of time as I was very ill and could not get out of bed. I suffered from extreme headaches and had severe breathing issues. As soon as I got better I opened mail and saw the September 30th 2024 Order.

At this time I was dealing with other health complications which would require medical procedures that Plaintiff did not have money to expend so Plaintiff dealing with constant pain and feeling ill most days, had to write numerous Motions to this Court on case # 19-10296-WGY. Ms. Torrey spent multiple days for each Motion that was filed over 10 at least which required research at Law Library for case law.

During this time Ms. Torrey is also battling the I.R.S. and DOR that required multiple appointments and time spent

Page 1

In order to get back her real estate liscense to be able to make a living to support her family.

Ms. Torrey humbly requests and would greatly appreciate the Courts granting of an additional 30 days to make service. I tried to do today but Marshall said there is no way with holidays that U.S.M. could complete and return service before the 90 day deadline. All statements are true and accurate account per the Plaintiff, MS. Michelle Torrey.

Respectfully Submitted,

*Michelle M Torrey* 12/23/24

Michelle M. Torrey   12/23/24
Signed under pains and    Date
penalties of perjury.