Exhibit 4

Civil Case No: 10864-WGY

Case 1:24-cv-10864-WGY  Document 9-5  Filed 07/15/24  Page 2 of 6
Case 1:24-cv-10864-WGY  Document 27-5  Filed 01/07/25  Page 2 of 10
EXHIBIT 4

# Settlement Statement

## Your Order Summary

| | | | | | |
|---|---|---|---|---|---|
| FILE # | 2020-1-2250 | PROPERTY ADDRESS | 148 Williams Street Taunton, MA 02780 | LOAN # | EAS2007368067 |
| PREPARED | 12/23/2020 | BUYER | Michelle Newcomb | TITLE BY | Platinum Title and Closing Services PC |
| SETTLEMENT | 12/24/2020 | SELLER | Michelle Torrey | OUR ADDRESS | 1185 Turnpike Street Stoughton, MA 02072 |
| DISBURSEMENT | 12/24/2020 | LENDER | Residential Mortgage Services, Inc. | OUR PHONE # | (617) 941-9100 |
| SETTLEMENT LOCATION | 1185 Turnpike Street Stoughton, MA 02072 | | | ATTORNEY | Betsy Kelley |

## Charges

| SELLER DEBIT | SELLER CREDIT | PRIMARY CHARGES & CREDITS | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | $392,500.00 | Sales Price of Property | $392,500.00 | |
| | | Loan Amount | | $385,390.00 |
| $7,500.00 | | Seller Credit | | $7,500.00 |
| | | Lender Credit | | $3.00 |

| SELLER DEBIT | SELLER CREDIT | PRORATIONS/ADJUSTMENTS | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | $104.99 | City/Town Taxes 12/24/2020 to 01/01/2021 | $104.99 | |

| SELLER DEBIT | SELLER CREDIT | LOAN CHARGES | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | | 0.25% of Loan Amount (Points) | $963.48 | |
| | | Origination Fee | $1,185.00 | |
| | | verification fee | $125.00 | |
| | | Appraisal Fee to Barlow RE Appraisal | $475.00 | |
| | | Credit monitoring to Equifax | $14.00 | |
| | | Credit Report Fee to Factual Data | $44.75 | |
| | | Flood Cert Fee to Corelogic | $8.50 | |
| | | MERS to MERS | $11.95 | |
| | | mortgage insurance premium to HUD | $6,628.33 | |
| | | Obtain MLC (2) to Taunton, MA Tax Collector | $100.00 | |
| | | Plot Plan to New England Land Survey, Inc. | $110.00 | |
| | | Prepaid Interest ($30.36 per day from 12/24/2020 to 01/01/2021) | $242.88 | |

| SELLER DEBIT | SELLER CREDIT | IMPOUNDS | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | | Homeowner's Insurance $146.42 per month for 3 mo. | $439.26 | |
| | | Property taxes $402.47 per month for 2 mo. | $804.94 | |
| | | Aggregate adjustment | | $146.42 |

| SELLER DEBIT | SELLER CREDIT | PAYOFFS | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| $137,025.13 | | Payoff to Mr. Cooper | | |
| | | Principal : $136,198.73 | | |
| | | Interest : $701.40 | | |
| | | Release : $105.00 | | |
| | | : $20.00 | | |

| SELLER DEBIT | SELLER CREDIT | GOVERNMENT RECORDING AND TRANSFER CHARGES | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | | Recording Fees | $475.00 | |
| | | ---Deed: $155.00 | | |
| | | ---Mortgage: $205.00 | | |
| | | ---MLC: $80.00 | | |
| | | ---Homestead: $35.00 | | |
| | | ---: $ | | |
| $1,789.80 | | Excise Tax (State Deed Taxes) to Bristol North Registry of Deeds | | |
| SELLER DEBIT | SELLER CREDIT | **TITLE CHARGES** | BUYER DEBIT | BUYER CREDIT |
| | | Title - Lender's Title Policy to First American Title Insurance Company | $965.00 | |
| | | Title - Settlement or Closing Fee to Platinum Title and Closing Services PC | $595.00 | |
| | | Title Exam Fee to Platinum Title and Closing Services PC | $125.00 | |
| | | Title - Owner's Title Policy to First American Title Insurance Company | $782.00 | |
| SELLER DEBIT | SELLER CREDIT | **MISCELLANEOUS CHARGES** | BUYER DEBIT | BUYER CREDIT |
| $75.00 | | Discharge Tracking Fee to Platinum Title and Closing Services PC | | |
| $50.00 | | payoff processing fed ex to Platinum Title and Closing Services PC | | |
| | | Homeowner's Insurance Premium to Arbella | $1,757.00 | |
| | | EST Feb Tax Bill to City of Taunton | $1,207.41 | |
| SELLER DEBIT | SELLER CREDIT | **TOTALS** | BUYER DEBIT | BUYER CREDIT |
| $146,439.93 | $392,604.99 | | $409,664.49 | $393,039.42 |

**CASH FROM BUYER**   $16,625.07

**CASH TO SELLER**   $246,165.06

## Acknowledgement

We/I have carefully reviewed this settlement statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of this settlement statement.

We/I authorize Platinum Title and Closing Services PC to cause the funds to be disbursed in accordance with this statement.

Buyer _[signature]_ 12/24/2020 Date
Michelle Newcomb

Seller _[signature]_ Michelle Torrey 12/24/20 Date
Michelle Torrey

**Settlement Agency**

Settlement Agent _____ Date

# Closing Disclosure

## Closing Information

| | |
|---|---|
| Date Issued | |
| Closing Date | 12/24/2020 |
| Disbursement Date | 12/24/2020 |
| Settlement Agent | Platinum Title and Closing Services PC |
| File # | 2020-1-2250 |
| Property | 148 Williams Street<br>Taunton, MA 02780 |
| Sale Price | $392,500.00 |

## Transaction Information

| | |
|---|---|
| Borrower | Michelle Newcomb<br>148 Williams Street<br>Taunton, MA 02780 |
| Seller | Michelle Torrey<br>148 Williams Street<br>Taunton, MA 02780 |
| Lender | Residential Mortgage Services, Inc. |

## Summaries of Transactions

### SELLER'S TRANSACTION

| M. Due to Seller at Closing | | $392,604.99 |
|---|---|---|
| 01 Sale Price of Property | | $392,500.00 |
| 02 Sale Price of Any Personal Property Included in Sale | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| 09 City/Town Taxes 12/24/2020 to 01/01/2021 | | $104.99 |
| 10 County Taxes | | |
| 11 Assessments | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| N. Due from Seller at Closing | | $146,439.93 |
|---|---|---|
| 01 Excess Deposit | | |
| 02 Closing Costs Paid at Closing (J) | | $1,914.80 |
| 03 Existing Loan(s) Assumed or Taken Subject to | | |
| 04 Payoff of First Mortgage Loan to Mr. Cooper | | $137,025.13 |
| 05 Payoff of Second Mortgage Loan | | |
| 06 | | |
| 07 | | |
| 08 Seller Credit | | $7,500.00 |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| **Adjustments for Items Unpaid by Seller** | | |
| 14 City/Town Taxes | | |
| 15 County Taxes | | |
| 16 Assessments | | |
| 17 | | |
| 18 | | |
| 19 | | |

### Calculation

| | |
|---|---|
| Total Due to Seller at Closing (M) | $392,604.99 |
| Total Due from Seller at Closing (N) | -$146,439.93 |
| Cash to Close ☐ From ☒ To Seller | $246,165.06 |

## Contact Information

| | |
|---|---|
| **Real Estate Broker (B)** | |
| Name | |
| Address | |
| ST License ID | |
| Contact | |
| Contact ST License ID | |
| Email | |
| Phone | |
| **Real Estate Broker (S)** | |
| Name | |
| Address | |
| ST License ID | |
| Contact | |
| Contact ST License ID | |
| Email | |
| Phone | |
| **Settlement Agency** | |
| Name | Platinum Title and Closing Services PC |
| Address | 1185 Turnpike Street<br>Stoughton, MA 02072 |
| ST License ID | 560474 |
| Contact | Betsy Kelley |
| Contact ST License ID | 560474 |
| Email | betsy@platinumtitleandclosing.com |
| Phone | 617-347-3477 |

Questions? If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgage-closing

Closing

| LOAN COSTS | | At Closing | Seller Paid Before Closing |
|---|---|---|---|
| **A. Origination Charges** | | | |
| 0.25% of Loan Amount (Points) | | | |
| **B. Services Borrower Did Not Shop For** | | | |
| **C. Services Borrower Did Shop For** | | | |

| OTHER COSTS | | | |
|---|---|---|---|
| **E. Taxes and Other Government Fees** | | | |
| Recording Fees Deed: $155.00  Mortgage: $205.00 | | | |
| Excise Tax (State Deed Taxes) to Bristol North Registry of Deeds | | $1,789.80 | |
| **F. Prepaids** | | | |
| Homeowner's Insurance Premium to Arbella | | | |
| Mortgage Insurance Premium | | | |
| Prepaid Interest | | | |
| Property Taxes | | | |
| **G. Initial Escrow Payment at Closing** | | | |
| Homeowner's insurance | | | |
| Mortgage insurance | | | |
| Property taxes | | | |
| **H. Other** | | | |
| payoff processing fed ex to Platinum Title and Closing Services PC | | $50.00 | |
| Discharge Tracking Fee to Platinum Title and Closing Services PC | | $75.00 | |
| **J. TOTAL CLOSING COSTS** | | $1,914.80 | |

_____  _____
Michelle Torrey              Date

## Assessment and Sales Report

### Location & Ownership Information

**Address:** 148 Williams St Taunton, MA 02780
**Map Ref: M:** 80 **L:** 206 **U:**
**Owner 1:** Michelle Newcomb
**Owner Address:** 148 Williams St Taunton, MA 02780

**Zoning:** 3.27
**Owner 2:**

### Property Information

**Use:** 1-Family Residence
**Levels:** 2
**Total Rooms:** 9
**Full Baths:** 2
**Year Built:** 1988

**Style:** Colonial
**Lot Size:** 0.49 Acres (21,344 SqFt)
**Bedrooms:** 4
**Half Baths:** 1
**Basement Type:** Full

**Total Area:** 4,267 SqFt
**First Floor Area:** 1,048 SqFt
**Attic Area:** 0 SqFt
**Unfinished Basement:** 1,032 SqFt

**Total Living Area:** 2,080 SqFt
**Addl.Floor Area:** 0 SqFt
**Finished Basement:** 0 SqFt
**Total Basement:** 1,032 SqFt

**Attached Garage:** 0
**Heat Type:** Forced Hot Water
**Roof Type:** Gable
**Air Conditioned:** No
**Foundation:**

**Other Garage:** 0
**Fuel Type:** Oil
**Exterior:** Wood Side/Shingles
**Fireplaces:** 1
**Condition:** Average

### Assessment Information

**Last Sale Date:** 12/24/2020
**Last Sale Book:** 26583
**Land Value:** $125,700
**Misc. Improv.:** $0
**Fiscal Year:** 2024
**Map Ref: M:** 80 **L:** 206 **U:**
**Tax Rate (Comm):** 24.53

**Last Sale Price:** $392,500
**Last Sale Page:** 169
**Building Value:** $337,200
**Total Value:** $462,900
**Estimated Tax:** $5,180
**Tax Rate (Res):** 11.19
**Tax Rate (Ind):** 24.53

### Sales History

#### *Recent Sale #1*

**Sale Price:** $392,500
**Buyer Name:** Michelle Newcomb
**Lender Name:** Residential Mtg Svcs
**Sale Book:** 26583

**Sale Date:** 12/24/2020
**Seller Name:** Michelle Torrey
**Mortgage Amount:** $385,390
**Sale Page:** 169

#### *Recent Sale #2*

**Sale Price:** $361,000
**Buyer Name:** Michelle Torrey
**Lender Name:** Taylor Bean&Whitaker
**Sale Book:** 14760

**Sale Date:** 05/06/2005
**Seller Name:** Deutsche Bank Natl T
**Mortgage Amount:** $200,000
**Sale Page:** 266

#### *Recent Sale #3*

**Sale Price:** $325,071
**Buyer Name:** Ameriquest Mtg Securities
**Lender Name:**
**Sale Book:** 14186

**Sale Date:** 10/25/2004
**Seller Name:** Catherine Parsons
**Mortgage Amount:** $0
**Sale Page:** 243

### Mortgage History

#### *Recent Mortgage #1*

**Buyer Name:** William H Parsons Jr
**Mortgage Amount:** $30,000

**Lender Name:** Parsons Carol G
**Mortgage Date:** 04/15/2003

**Mortgage Book:** 11916  **Mortgage Page:** 216

*Recent Mortgage #2*

**Buyer Name:** William Parsons  **Lender Name:** Ameriquest Mtg Corp
**Mortgage Amount:** $297,500  **Mortgage Date:** 12/18/2002
**Mortgage Book:** 11376  **Mortgage Page:** 147

*Recent Mortgage #3*

**Buyer Name:** William H Parsons  **Lender Name:** Abn Amro Mtg Group
**Mortgage Amount:** $231,000  **Mortgage Date:** 06/05/2001
**Mortgage Book:** 9493  **Mortgage Page:** 155

*Recent Mortgage #4*

**Buyer Name:** William H Parsons Jr  **Lender Name:** Ameriquest Mtg Corp
**Mortgage Amount:** $221,000  **Mortgage Date:** 11/02/1999
**Mortgage Book:** 8544  **Mortgage Page:** 242

*Recent Mortgage #5*

**Buyer Name:** William Parsons  **Lender Name:** M Capital Corp
**Mortgage Amount:** $182,750  **Mortgage Date:** 03/02/1998
**Mortgage Book:** 7504  **Mortgage Page:** 333

## MLS Property History

| MLS # | Status | Type | Address | Town | List Date | List Price | Sale Price |
|---|---|---|---|---|---|---|---|
| 70108548 | SLD | SF | 148 Williams Street | Taunton, MA | 10/22/2004 | $369,900 | $361,000 |
| 70024211 | CAN | SF | 148 Williams Street | Taunton, MA | 04/26/2004 | $389,000 | |
| 30732462 | EXP | SF | 148 Williams Street | Taunton, MA | 06/10/2003 | $419,900 | $0 |

Public record information is set forth verbatim as received by MLS PIN from third parties, without verification or change. MLS Property Information Network, Inc., and its subscribers disclaim any and all representations or warranties as to the accuracy of this information.



**MLS # 70108548 - Sold**
**Single Family - Detached**

| | |
|---|---|
| **148 Williams Street**<br>**Taunton, MA 02780**<br>**Bristol County**<br>Style: **Colonial**<br>Color: **tan**<br>Grade School:<br>Middle School:<br>High School: **Public &Private**<br>Approx. Acres: **0.49 (21,344 SqFt)**<br>Handicap Access/Features:<br>Directions: **Gordon Pkwy. between 44 and 140 - Wlms** | List Price: **$369,900**<br>Sale Price: **$361,000**<br><br>Total Rooms: **10**<br>Bedrooms: **4**<br>Bathrooms: **2f 1h**<br>Main Bath: **No**<br>Fireplaces: **1**<br>Approx. Street Frontage: |

GREAT FIRST TIME OR MOVE UP BUYER OPPORTUNITY. 4 BEDROOMS, 2 1/2 BATHS, FINISHED BASEMENT AND AN INGROUND POOL IN THE BACK YARD PROVIDES GREAT FAMILY ENTERTAINMENT. PROPERTY HAS A FAILED TITLE V. PRE QUAL WITH ALL OFFERS.

### Property Information

Approx. Living Area Total: **2,040 SqFt**   Living Area Includes Below-Grade SqFt: **Unspecified** Living Area Source: **Owner**
Approx. Above Grade:                         Approx. Below Grade:
Living Area Disclosures:

Heat Zones: **3 Hot Water Baseboard, Oil**    Cool Zones: **0 None**
Parking Spaces: **6 Off-Street**              Garage Spaces: **2 Attached**
Disclosures: **title v failed and the seller is working on design plans.**

### Room Levels, Dimensions and Features

| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | 1 | | Fireplace |
| Dining Room: | 1 | | - |
| Family Room: | 1 | | - |
| Kitchen: | 1 | | - |
| Main Bedroom: | 2 | | - |
| Bedroom 2: | 2 | | - |
| Bedroom 3: | 2 | | - |
| Bedroom 4: | 2 | | - |
| Bedroom 5: | B | | - |
| Bath 1: | 2 | | Bathroom - Full |
| Bath 2: | 2 | | Bathroom - Full |
| Bath 3: | B | | Bathroom - Half |
| Bedroom: | B | | - |

### Features

Appliances: **Range**
Area Amenities: **Public Transportation, Shopping, Swimming Pool, Tennis Court, Park, Walk/Jog Trails, Golf Course, Medical Facility**
Basement: **Yes  Full, Finished**
Beach: **No**
Construction: **Frame**
Electric: **Circuit Breakers, 200 Amps**
Exterior: **Clapboard, Wood**
Exterior Features: **Deck, Pool - Inground, Storage Shed, Professional Landscaping, Fenced Yard**
Flooring: **Wood, Tile, Wall to Wall Carpet**
Foundation Size: **irregular**
Foundation Description: **Poured Concrete**
Hot Water: **Tankless**
Interior Features: **Central Vacuum**
Lot Description: **Paved Drive**
Road Type: **Public, Paved, Publicly Maint.**
Roof Material: **Asphalt/Fiberglass Shingles**

### Other Property Info

Adult Community: **No**
Disclosure Declaration: **No**
Exclusions:
Home Own Assn: **No**
Lead Paint: **Unknown**
UFFI: **Unknown**  Warranty Features: **No**
Year Built: **1988** Source: **Public Record**
Year Built Description: **Approximate**
Year Round: **Yes**
Short Sale w/Lndr. App. Req: **Unknown**
Lender Owned: **Undisclosed**

### Tax Information

Pin #:
Assessed: **$289,500**
Tax: **$2,657.61**  Tax Year: **2004**

Sewer Utilities: **Private Sewerage**
Water Utilities: **City/Town Water**
Waterfront: **No**

Book: **4100** Page: **169**
Cert:
Zoning Code: **Residentia**
Map: **M:4P:0** Block: Lot:

## Compensation

Sub-Agency: **3.0**   Buyer's Broker: **3.0**
Facilitator:
Compensation Based On:

## Office/Agent Information

Listing Office: **New England Group Services Inc. (508) 543-3210 Ext. 111**
Listing Agent: **Kenny Olson (508) 543-3210**
Team Member(s):
Sale Office: **New England Group Services Inc. (508) 543-3210**
Sale Agent: **Erik Mckenzie (774) 306-1396**
Listing Agreement Type: **Exclusive Right to Sell**
Entry Only: **No**
Showing: Sub-Agency: **Call List Office, Call List Agent, Lock Box**
Showing: Buyer's Broker: **Call List Office, Call List Agent, Lock Box**
Showing: Facilitator:
Special Showing Instructions:

## Market Information

Listing Date: **10/22/2004**
Days on Market: Property has been on the market for a total of **253** day(s)
Expiration Date:
Original Price: **$369,900**
Off Market Date: **3/31/2005**
Sale Date: **5/24/2005**
Sale Price: **$361,000**
Offer Date: **3/31/2005**          Days to Offer: **145**

Listing Market Time: MLS# has been on for **145** day(s)
Office Market Time: Office has listed this property for **145** day(s)
Cash Paid for Upgrades:
Seller Concessions at Closing:
Financing: **Conv. Fixed**
Sale-to-List Ratio: **97.59%**

The information in this listing was gathered from third-party sources including the seller and public records. MLS Property Information Network, Inc., and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content @2024 MLS Property Information Network, Inc.