# Exhibit 5

Civil Case No: 24-10864-WGY



**U.S. Department of Justice**

***Joshua S. Levy***
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

September 30, 2024

**VIA EMAIL AND FEDERAL EXPRESS**

Ms. Michelle Torrey
294 Prospect Street
Brockton, MA 02301

      Re: <u>United States v. Christian Soares 19-CR-10296-WGY</u>

Dear Ms. Torrey:

      We are writing to follow-up your phone call with this Office on Friday, September 27, 2024. Please find enclosed a copy of the Preliminary Order of Forfeiture issued by the United States District Court for the District of Massachusetts in the above-referenced case, which was previously sent to you by certified and regular mail.

      As set forth paragraph 7, page 6 of the Preliminary Order of Forfeiture, in order to assert an ownership interest in the $62,820 U.S. currency, seized on or about March 23, 2021, referenced in the Preliminary Order you must do the following:

> (a) any person, other than the Defendant, asserting a legal interest in the Property, shall, within sixty (60) days after the first day of publication on the government forfeiture website or within thirty (30) days after receipt of actual notice, whichever is earlier, file a petition with the United States District Court in Boston, Massachusetts, requesting a hearing to adjudicate the validity of his or her interest in the Property; and

> (b) that the petition shall be signed by the petitioner under the penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the Property, any additional facts supporting the petitioner's claim, and the relief sought.

   The United States Attorney's Office is not permitted to provide you with legal advice. If you have any questions about your rights or about this procedure, you should contact a lawyer or an office of public legal assistance.

            Sincerely,

            UNITED STATES ATTORNEY'S OFFICE
            District of Massachusetts
            Asset Recovery Unit

Enclosures