Exhibit 6

Civil Case No:
24-10864-WGY


Case 1:24-cv-10864-WGY   Document 9-5   Filed 07/15/24   Page 2 of 8
Case 1:24-cv-10864-WGY   Document 29   Filed 01/07/26   Page 2 of 6
EXHIBIT

# Settlement Statement

## Your Order Summary

| | | | | | |
|---|---|---|---|---|---|
| FILE # | 2020-1-2250 | PROPERTY ADDRESS | 148 Williams Street Taunton, MA 02780 | LOAN # | EAS2007368067 |
| PREPARED | 12/23/2020 | BUYER | Michelle Newcomb | TITLE BY | Platinum Title and Closing Services PC |
| SETTLEMENT | 12/24/2020 | SELLER | Michelle Torrey | OUR ADDRESS | 1185 Turnpike Street Stoughton, MA 02072 |
| DISBURSEMENT | 12/24/2020 | LENDER | Residential Mortgage Services, Inc. | OUR PHONE # | (617) 941-9100 |
| SETTLEMENT LOCATION | 1185 Turnpike Street Stoughton, MA 02072 | | | ATTORNEY | Betsy Kelley |

## Charges

| SELLER DEBIT | SELLER CREDIT | PRIMARY CHARGES & CREDITS | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | $392,500.00 | Sales Price of Property | $392,500.00 | |
| | | Loan Amount | | $385,390.00 |
| $7,500.00 | | Seller Credit | | $7,500.00 |
| | | Lender Credit | | $3.00 |

| SELLER DEBIT | SELLER CREDIT | PRORATIONS/ADJUSTMENTS | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | $104.99 | City/Town Taxes 12/24/2020 to 01/01/2021 | $104.99 | |

| SELLER DEBIT | SELLER CREDIT | LOAN CHARGES | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | | 0.25% of Loan Amount (Points) | $963.48 | |
| | | Origination Fee | $1,185.00 | |
| | | verification fee | $125.00 | |
| | | Appraisal Fee to Barlow RE Appraisal | $475.00 | |
| | | Credit monitoring to Equifax | $14.00 | |
| | | Credit Report Fee to Factual Data | $44.75 | |
| | | Flood Cert Fee to Corelogic | $8.50 | |
| | | MERS to MERS | $11.95 | |
| | | mortgage Insurance premium to HUD | $6,628.33 | |
| | | Obtain MLC (2) to Taunton, MA Tax Collector | $100.00 | |
| | | Plot Plan to New England Land Survey, Inc. | $110.00 | |
| | | Prepaid Interest ($30.36 per day from 12/24/2020 to 01/01/2021) | $242.88 | |

| SELLER DEBIT | SELLER CREDIT | IMPOUNDS | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | | Homeowner's insurance $146.42 per month for 3 mo. | $439.26 | |
| | | Property taxes $402.47 per month for 2 mo. | $804.94 | |
| | | Aggregate adjustment | | $146.42 |

| SELLER DEBIT | SELLER CREDIT | PAYOFFS | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| $137,025.13 | | Payoff to Mr. Cooper | | |
| | |    Principal : $136,198.73 | | |
| | |    Interest : $701.40 | | |
| | |    Release : $105.00 | | |
| | |    : $20.00 | | |

| SELLER DEBIT | SELLER CREDIT | GOVERNMENT RECORDING AND TRANSFER CHARGES | BUYER DEBIT | BUYER CREDIT |
|---|---|---|---|---|
| | | Recording Fees | $475.00 | |
| | | ---Deed: $155.00 | | |
| | | ---Mortgage: $205.00 | | |
| | | ---MLC: $80.00 | | |
| | | ---Homestead: $35.00 | | |
| | | ---: $ | | |
| $1,789.60 | | Excise Tax (State Deed Taxes) to Bristol North Registry of Deeds | | |
| **SELLER DEBIT** | **SELLER CREDIT** | **TITLE CHARGES** | **BUYER DEBIT** | **BUYER CREDIT** |
| | | Title - Lender's Title Policy to First American Title Insurance Company | $965.00 | |
| | | Title - Settlement or Closing Fee to Platinum Title and Closing Services PC | $595.00 | |
| | | Title Exam Fee to Platinum Title and Closing Services PC | $125.00 | |
| | | Title - Owner's Title Policy to First American Title Insurance Company | $782.00 | |
| **SELLER DEBIT** | **SELLER CREDIT** | **MISCELLANEOUS CHARGES** | **BUYER DEBIT** | **BUYER CREDIT** |
| $75.00 | | Discharge Tracking Fee to Platinum Title and Closing Services PC | | |
| $50.00 | | payoff processing fed ex to Platinum Title and Closing Services PC | | |
| | | Homeowner's Insurance Premium to Arbella | $1,757.00 | |
| | | EST Feb Tax Bill to City of Taunton | $1,207.41 | |
| **SELLER DEBIT** | **SELLER CREDIT** | **TOTALS** | **BUYER DEBIT** | **BUYER CREDIT** |
| $146,439.93 | $392,604.99 | | $409,664.49 | $393,039.42 |

**CASH FROM BUYER**   $16,625.07

**CASH TO SELLER**   $246,165.06

## Acknowledgement

We/I have carefully reviewed this settlement statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of this settlement statement.

We/I authorize Platinum Title and Closing Services PC to cause the funds to be disbursed in accordance with this statement.

Buyer _[signature]_ 12/24/2020   Seller _[signature Michelle Torrey]_ 12/24/20
Michelle Newcomb   Date           Michelle Torrey   Date

**Settlement Agency**

Settlement Agent _____   Date _____

# Closing Disclosure

## Closing Information

| | |
|---|---|
| Date Issued | |
| Closing Date | 12/24/2020 |
| Disbursement Date | 12/24/2020 |
| Settlement Agent | Platinum Title and Closing Services PC |
| File # | 2020-1-2250 |
| Property | 148 Williams Street<br>Taunton, MA 02780 |
| Sale Price | $392,500.00 |

## Transaction Information

| | |
|---|---|
| Borrower | Michelle Newcomb<br>148 Williams Street<br>Taunton, MA 02780 |
| Seller | Michelle Torrey<br>148 Williams Street<br>Taunton, MA 02780 |
| Lender | Residential Mortgage Services, Inc. |

## Summaries of Transactions

### SELLER'S TRANSACTION

| | |
|---|---|
| **M. Due to Seller at Closing** | **$392,604.99** |
| Sale Price of Property | $392,500.00 |
| Sale Price of Any Personal Property Included in Sale | |
| | |
| | |
| | |
| | |
| **Adjustments for Items Paid by Seller in Advance** | |
| City/Town Taxes 12/24/2020 to 01/01/2021 | $104.99 |
| County Taxes | |
| Assessments | |
| | |
| | |
| | |
| | |
| | |

| | |
|---|---|
| **N. Due from Seller at Closing** | **$146,439.93** |
| Excess Deposit | |
| Closing Costs Paid at Closing (J) | $1,914.80 |
| Existing Loan(s) Assumed or Taken Subject to | |
| Payoff of First Mortgage Loan to Mr. Cooper | $137,025.13 |
| Payoff of Second Mortgage Loan | |
| | |
| | |
| Seller Credit | $7,500.00 |
| | |
| | |
| | |
| | |
| **Adjustments for Items Unpaid by Seller** | |
| City/Town Taxes | |
| County Taxes | |
| Assessments | |
| | |
| | |

### Calculation

| | |
|---|---|
| Total Due to Seller at Closing (M) | $392,604.99 |
| Total Due from Seller at Closing (N) | -$146,439.93 |
| Cash to Close ☐ From ☒ To Seller | $246,165.06 |

## Contact Information

| | |
|---|---|
| **Real Estate Broker (B)** | |
| Name | |
| Address | |
| ST License ID | |
| Contact | |
| Contact ST License ID | |
| Email | |
| Phone | |
| **Real Estate Broker (S)** | |
| Name | |
| Address | |
| ST License ID | |
| Contact | |
| Contact ST License ID | |
| Email | |
| Phone | |
| **Settlement Agency** | |
| Name | Platinum Title and Closing Services PC |
| Address | 1185 Turnpike Street<br>Stoughton, MA 02072 |
| ST License ID | 560474 |
| Contact | Betsy Kelley |
| Contact ST License ID | 560474 |
| Email | betsy@platinumtitleandclosing.com |
| Phone | 617-347-3477 |

Questions? If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgage-closing

# Closing Cost Details

| LOAN COSTS | Seller Paid | |
|---|---|---|
| | At Closing | Before Closing |
| **A. Origination Charges** | | |
| 0.25% of Loan Amount (Points) | | |
| **B. Services Borrower Did Not Shop For** | | |
| **C. Services Borrower Did Shop For** | | |
| **OTHER COSTS** | | |
| **E. Taxes and Other Government Fees** | | |
| Recording Fees Deed: $155.00  Mortgage: $205.00 | | |
| Excise Tax (State Deed Taxes) to Bristol North Registry of Deeds | $1,789.80 | |
| **F. Prepaids** | | |
| Homeowner's Insurance Premium to Arbella | | |
| Mortgage Insurance Premium | | |
| Prepaid Interest | | |
| Property Taxes | | |
| **G. Initial Escrow Payment at Closing** | | |
| Homeowner's insurance | | |
| Mortgage insurance | | |
| Property taxes | | |
| **H. Other** | | |
| payoff processing fed ex to Platinum Title and Closing Services PC | $50.00 | |
| Discharge Tracking Fee to Platinum Title and Closing Services PC | $75.00 | |
| **J. TOTAL CLOSING COSTS** | $1,914.80 | |

_____  _____
Michelle Torrey                    Date