U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| *Michelle M. Torrey* | *IN CLERKS OFFICE* |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| | *2025 JAN -3 PM 4:00* |

**SERVE AT** ➤ {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

*365 Faunce Corner Road   Dartmouth MA 02747*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

*Michelle M. Torrey*
*214 Prospect Street*
*Brockton, MA   02301*

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Fold                                                                Fold

*I spoke to Mass State Police Bruno working as a Detective*
*and service can also be made to 326 West Grove Street in*
*Middleboro, MA. State Police Barracks to legal Dept*
*for State Police. I called the Dartmouth Office that laughed at*

| Signature of Attorney or other Originator requesting service on behalf of: *Michelle M. Torrey* | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER *508 326-3157* | DATE *Jan 3 25* |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address *(complete only if different than shown above)* | Date of Service | Time | am |
|---|---|---|---|
| | | | pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

