FILED
IN CLERK'S OFFICE
2025 JAN 15 PM 3:30
U.S. DISTRICT COURT
DISTRICT OF MASS.

Hello Matt,

This is Michelle Torrey. Hope all is well. Can you call me regarding a couple of things.

Michelle M. Torrey
(508) 326-3157

This is regarding process serving and Judge's ruling on Motions filed.

Civil Case # 24-10864 WGY