UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE M. TORREY,<br>    Plaintiff,<br><br>v.<br><br>CITY OF BROCKTON, OFFICER JOHN DOE,<br>Individually and Acting for Brockton Police Dept.,<br>UNITED STATES OF AMERICA, SEVERAL<br>JOHN DOE'S and JANE DOE'S, Individually<br>and in Their Official Capacities as an FBI AGENT,<br>COMMONWEALTH OF MASSACHUSETTS,<br>STATE TROOPER BRIAN RICHARD KILFOYLE,<br>Individually and in His Official Capacity,<br>SEVERAL JOHN DOE'S and JANE DOE'S,<br>Individually and in Their Official Capacities<br>Acting for MASSACHUSETTS STATE POLICE,<br>DISTRICT ATTORNEY'S OFFICE FOR DISTRICT<br>OF MASSACHUSETTS, NICHOLAS SOIVILIEN,<br>Individually and in his Official Capacity as a<br>FEDERAL PROSECUTOR,<br>    Defendants. | Civil Action No.: 1:24-cv-10864-WGY |

## **DEFENDANTS, CITY OF BROCKTON AND OFFICER JOHN DOE'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

The Defendants, the City of Brockton and Officer John Doe, move, pursuant to Fed. R. Civ. P. 12(b)(6), for dismissal of the Plaintiff's Amended Complaint. The Plaintiff brings claims against the City of Brockton ("the City") and Officer John Doe (collectively "Defendants") for claims that are not clear in the Amended Complaint. Count 2 of the Amended Complaint references 18 U.S.C.A 1983. If the Court interprets this to refer to 42 U.S.C. §1983, then as grounds for their Motion to Dismiss, Defendants state: Plaintiff has not complied with Rule 8 of the Federal Rules of Civil Procedure; the original Complaint was filed past the statute of

1

limitations; and the City is not liable for Plaintiff's claims under §1983, as she has failed to sufficiently state a *Monell* claim against the City.

In support of this motion, Defendants submit the attached memorandum.

Dated: January 23, 2025

Respectfully submitted,
Defendants, City of Brockton and Officer John Doe,
By Their attorney,

Stacey Klein Verde, Esq.
BBO# 662917
Assistant City Solicitor
City of Brockton
City Hall - 45 School Street
Brockton, MA  02301
Tel. No. (508) 580-7110
sverde@cobma.us

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Stacey Klein Verde, attorney for the Defendants, the City of Brockton and Officer John Doe, certify that on January 22, 2025, I and Plaintiff conferred via telephone and made a good faith effort to narrow the issues that are the subject of this Motion.

Stacey Klein Verde, Esq.

2

## CERTIFICATE OF SERVICE

I, Stacey Klein Verde, attorney for Defendants, the City of Brockton and Officer John Doe, certify that on 23rd day of January, 2025, I caused the foregoing document to be served to Plaintiffs through the Court's CM/ECF electronic filing system, and by first class mail, postage prepaid, and email to the following party:

Michelle Torrey, Pro Se
294 Prospect Street
Brockton, MA 02301
m.torreyre@comcast.net

_____
Stacey Klein Verde, Esq.