UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHELLE M. TORREY,<br>    Plaintiff,<br><br>v.<br><br>CITY OF BROCKTON, OFFICER JOHN DOE, Individually and Acting for Brockton Police Dept., UNITED STATES OF AMERICA, SEVERAL JOHN DOE'S and JANE DOE'S, Individually and in Their Official Capacities as an FBI AGENT, COMMONWEALTH OF MASSACHUSETTS, STATE TROOPER BRIAN RICHARD KILFOYLE, Individually and in His Official Capacity, SEVERAL JOHN DOE'S and JANE DOE'S, Individually and in Their Official Capacities Acting for MASSACHUSETTS STATE POLICE, DISTRICT ATTORNEY'S OFFICE FOR DISTRICT OF MASSACHUSETTS, NICHOLAS SOIVILIEN, Individually and in his Official Capacity as a FEDERAL PROSECUTOR,<br>    Defendants. | Civil Action No.: 1:24-cv-10864-WGY |

## **NOTICE OF APPEARANCE**

I, Stacey Klein Verde, Assistant City Solicitor for the City of Brockton, hereby enter my appearance on behalf of Defendants, City of Brockton, Brockton Police Department, and Officer John Doe, in the above-referenced matter.

Dated: January 23, 2025

Respectfully submitted,
Defendants,
By Their Attorney,

Stacey Klein Verde, Esq.
BBO# 662917
Assistant City Solicitor
City of Brockton
45 School Street
Brockton, MA 02301
(508) 580-7110
email: sverde@cobma.us

## CERTIFICATE OF SERVICE

I, Stacey Klein Verde, attorney for Defendants, the City of Brockton and Officer John Doe, certify that on 23rd day of January, 2025, I caused the foregoing document to be served to Plaintiffs through the Court's CM/ECF electronic filing system, and by first class mail, postage prepaid, and email to the following party:

Michelle Torrey, Pro Se
294 Prospect Street
Brockton, MA 02301
m.torreyre@comcast.net

Stacey Klein Verde, Esq.