**USPS TRACKING #**

9590 9402 9044 4122 5270 99

**First-Class Mail**
**Postage & Fees Paid**
**USPS**
**Permit No. G-10**

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•



Michelle M. Torrey
894 Prospect Street
Brockton, MA · 02301

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Atty. General of the United States
Department of Justice
950 Pennsylvania Ave;
N.W
Washington, D.C. 20530

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 9044 4122 5270 99

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

JAN 1 6 REC'D

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt