United States District Court
District of Massachusetts

| | |
|---|---|
| Michelle M. Torrey<br><br>Plaintiff,<br><br>v.<br><br>FBI,<br>United States of America,<br>et al., Defendants.<br><br>Defendants. | Civil Action No<br>24-10864-WGY |

FILED IN CLERKS OFFICE
2025 JAN 31 PM 4:28
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Motion to heave and File

## Motion to Request Court to Appoint Counsel.

The Plaintiff Michelle Torrey requests again to appeal to the Court to appoint counsel. I have attached at least 7 denials from Attorney's that have declined to litigate this case and I beg the court to reconsider my request

as I have provided emails from the Attorney's and proof that I have tried and from the inception of my alleged civil rights violations that occured at my home; I have diligently tried to obtain Counsel. The CAFRA Law that I quoted in all previous requests does state that I should have Counsel and the Court can appoint Counsel. You said in previous denials that if I could show evidence you would reconsider your ruling. You can confer with all attorneys attached. I sent complaint as well as other documents to see if they would accept my case. Your honor I need help as I am not a lawyer. The Court should want to see justice done.

Sincerly,

Michelle M. Torrey 1/31/25
Michelle Torrey Plaintiff
Signed under penalties of perjury