m.torreyre@comcast.net                                                                9/16/2020 4:36 PM

# RE: email

To Carmen Guhn-Knight <carmengk@civil-rights-law.com>

---

Medical records.

"Opening Doors to Your Future"
Realtor: Michelle Torrey

Torrey & Associates Real Estate
33 Dover Street Studio 124

Brockton MA. 02301

Office508-580-8440Mobile508-326-3157

*[Handwritten annotation: "Denied to take case"]*

> On 09/16/2020 11:15 AM Carmen Guhn-Knight <carmengk@civil-rights-law.com> wrote:
>
> Hi Ms. Torrey,
>
> I hope you are doing well. I'm following up about your son's potential case. Please email me the rape kit documents when you get a chance.
>
> Thanks,
>
> Carmen Guhn-Knight
>
> Paralegal
>
> Pronouns: She/Her/Hers
>
> Law Offices of Howard Friedman, P.C.
>
> 92 State Street, 9th Floor
>
> Boston, Massachusetts 02109
>
> Phone: (617) 742-4100
>
> Fax: (617) 303-3938
>
> www.civil-rights-law.com (http://www.civil-rights-law.com/)
>
> IMPORTANT NOTICE
> ------------------------------------------------------------
> This communication and any attachments are only for the intended recipient(s). This communication may contain information that is CONFIDENTIAL or PRIVILEGED. If you are not an intended recipient, you are not authorized to disclose, copy, distribute or use this information. If you received this communication in error,

please notify the sender immediately and destroy all copies of this message and any attachments in its entirety, whether electronic or hard copy. Thank you.

From: Carmen Guhn-Knight
Sent: Friday, September 11, 2020 3:26 PM
To: m.torreyre@comcast.net
Subject: email


Carmen Guhn-Knight

Paralegal

Pronouns: She/Her/Hers

Law Offices of Howard Friedman, P.C.

92 State Street, 9th Floor

Boston, Massachusetts 02109

Phone: (617) 742-4100

Fax: (617) 303-3938

www.civil-rights-law.com (http://www.civil-rights-law.com/)


IMPORTANT NOTICE
----------------------------------------------------------
This communication and any attachments are only for the intended recipient(s). This communication may contain information that is CONFIDENTIAL or PRIVILEGED. If you are not an intended recipient, you are not authorized to disclose, copy, distribute or use this information. If you received this communication in error, please notify the sender immediately and destroy all copies of this message and any attachments in its entirety, whether electronic or hard copy. Thank you.

- COVID PAPERWORK0012.pdf (9 MB)

ISC_AGO <isc_ago@mass.gov>                                                              7/1/2024 4:03 PM

## Civil Rights Complaint Form and Referrals

To m.torreyre@comcast.net <m.torreyre@comcast.net>

Dear Michelle,

Here is our office's civil rights complaint form that we spoke about https://www.mass.gov/how-to/file-a-civil-rights-complaint. When filling this out I would recommend including you email when it asks for contact information as when you submit the complaint you should then get a confirmation email with a copy of the complaint, which will act as a confirmation that we have received it.

Additionally, I am providing referrals, one of which being the POST (Peace Officer Standards & Training) Commission, (617) 701-8401 https://www.mass.gov/orgs/post-commission, who is an independent state agency who oversees complaints of police misconduct and have the ability to suspend or even revoke licensing of law enforcement officers.

Another referral on the federal level is the Department of Justice Civil Rights Division, (202) 514-3847 https://civilrights.justice.gov/report/, who also take civil right violations by law enforcement officers including federal law enforcement officers such as the FBI and federal prison guards.

The last referral I would like to give is that of the Office of Inspector General for the Department of Justice, (202) 514-3435 https://oig.justice.gov/hotline, who is another federal agency that oversees misconduct within the Department of Justice which includes the FBI and Federal Bureau of Prisons.

- Massachusetts Office of the Attorney General

*[Handwritten annotation]: Couldn't help. I would filed complaints. But that would interfere with civil case.*

John Fink <johnfink@simsandsimsllp.com>

Robin Scott

To m.torreyre@comcast.net <m.torreyre@comcast.net>

10/15/2024 11:45 AM

*Referal from Sims and Sims Couldn't take Case* (handwritten annotation)

robin@pineirolegal.com

***PLEASE NOTE OUR NEW OFFICE ADDRESS BELOW***

John Fink, Esq.
Sims & Sims, LLP
130 Liberty St. Bldg. 6
Brockton MA 02301
Ph: (508)-588-6900 Extn. #104
Fx: (508)-586-3320

m.torreyre@comcast.net                                                                                                7/25/2024 1:10 PM

*[Handwritten annotation: "Can't take case"]*

## Re: Fwd: Please see attached fully completed complaint

To Elizabeth Bostwick <elb@bostwick-law.com>

---

The Forfeiture action is now the civil claim. Due to due process violations from federal prosecutor I was denied a meaningful forfeiture hearing in a timing manner per Forfeiture Reform Act her denying my money for almost four years and unwillingness to give names or forward an investigation against claims or larceny and misconduct denied me a right to pursue claims last compliant filed brings it home with case law. So im not an attorney but I feel denying me my property was the way to silence the family as I can prove all lawyers wanted retainers that due to her unwillingness to provide a simple forfeiture hearing they will be responsible for loss of civil claim as circumstances were out of my control and monies were needed to preserve evidence and investigations that should have resulted in criminal charges were not done due to my honest money held for years by prosecutor in an attempt to silence the victim. The first complaint I knew was inadequate so after speaking with Atty John Riordan whom knows my Dad he is the one whom informed me about statue of limitations and presentment letter again Im not an attorney. So I thought about it and stayed up for 48 hours and wrote the final complaint which I emailed yesterday. I know I'm not an attorney but if you review case law cited it will lead you to my reasoning and it makes complete sense. Although never done before what I am attempting to do is the only way to hold accountable and is a winnable argument. I do not mind being the first. Having them return just money on inventory sheet is something I am not able to swallow as an American Citizen I am outraged by Government Deceit and Actions. I put forth a motion for Attorney of my choosing and they have to based on Equal Access to Justice in a Forfeiture case so the case number on complaint is case is also the forfeiture according to Judge Young's Order so in new Complaint have both case numbers and I have an answer to forfeiture and put that case as he states theirs an interplay. Again above my scope as why the need for Attorney which he ruled will be considered after I file a proper compliant in which he could provide relief. So in closing CAN you help me as I am way out of my sand box but push comes to shove I will represent my self and probably get thrown out on a technicality as no one has the stomach for this as we all want to believe in the system which I used too but after my experience I am revolted.

"Opening Doors to Your Future"
Realtor: Michelle Torrey

Torrey & Associates Real Estate
33 Dover Street Studio 124

Brockton MA. 02301

Office508-580-8440Mobile508-326-3157

> On 07/25/2024 11:41 AM EDT Elizabeth Bostwick <elb@bostwick-law.com> wrote:
>
> Michelle:
>
> I am not on Facebook.
>
> I am concerned there may be some legal bars to some of your claims, such as statute of limitations etc. I cannot help you this this civil case.
>
> If you want me to help you with the foreclosure action, I may be able to help you there. But I would need the docket number etc.
>
> Let me know.

Elizabeth L. Bostwick
Attorney at Law
Law Office of Elizabeth L. Bostwick, PLLC
233 Needham Street, Suite 500
Newton, MA 02464
Telephone (617)-877-2255

CONFIDENTIALITY NOTICE: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C.§2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify Attorney Elizabeth L. Bostwick by telephone at 617-877-2255 or by electronic mail. Thank you.

---------------------------

From: m.torreyre <m.torreyre@comcast.net>
Sent: Thursday, July 25, 2024 10:52 AM
To: Elizabeth Bostwick <elb@bostwick-law.com>
Subject: Re: Fwd: Please see attached fully completed complaint


Gm can you send me a facebook friend request so i can send videos? Also after you look at all complaint and videos can you let me know if this is something your willing to take on as far as representing me in this matter. If you are not interested or cannot do can you refer me to someone who can assist me. I will compensate you for your time. Although i am financially strapped due to events. I do have my Dad that i can lien on for financial assistance. Just let me know your thoughts. No matter what you decide i very much appreciate the time you spent to listen and see me during one of my darkest points of my life and it will not be forgotten. Again thank you and whatever you decide please know I appreciate honesty and candor and will not be offended if amswer is no. I need someone whom is not afraid to speak truth to power and hold even the law officials to the letter of the law as the allegations are true and factual and not exaggerated. Again thank you


> On Jul 24, 2024 at 4:51 PM, m.torreyre <m.torreyre@comcast.net> wrote:
>
> I can send on facebook messenger
>
> "Opening Doors to Your Future"
> Realtor: Michelle Torrey
>
> Torrey & Associates Real Estate
> 33 Dover Street Studio 124
>
> Brockton MA. 02301
>
> Office508-580-8440Mobile508-326-3157
>
>> On 07/24/2024 4:16 PM EDT m.torreyre@comcast.net wrote:
>>
>> I am sending a few videos to your phone. I cleaned up complaint added case law the best I could do. I have all the case law and laws that are appropriate. I filed a motion for a lawyer of my choosing.

*[Handwritten annotation: "Denied to take case" / "Criminal Justice"]*

m.torreyre@comcast.net                                                                                11/5/2024 4:48 PM

## Case 24-10864 WGY

To rjohnson@ij.org <rjohnson@ij.org>

---

Good evening, I need assistance if you could please take a look at my case it has been a long journey to get complaint accepted by the Court as the judge is inherently bias and uses his abuse of power to try to silence my claim and return of my honest monies which was stolen from my safe in my home bye FBI, Mass State police, Atf, Brockton Police. The judge has showed extreme indifference and I am not able to hire a lawyer as they have been holding 62,000.00 and stole over 80,000.00 including valuable jewelry, a 1 cent and 2 other valuable stamps, my 20k engagement ring, tennis bracelet, they took anything of value using a probation violation warrant for my son. I witnessed law enforcement bring drugs into my home. I am trying to get my money back thru this flawed forfeiture proceeding that is an absolute abolishment of my rights and laws set to protect Innocent Owners. I read and have used some of your and Anya Bidwell case law and I beg you to take a look at what the Government is Doing. They host community is allowing the Government to do modern day home invasions. I was not charged with a crime my son was taken into custody. It is quite concerning as they blew my doors open at 5.00 in am flash bangs armored vehicle's streets shut down for a probation violation and he had court at 9.00 on this matter same day. The D.A. waited almost 2 years for grand jury and forfeiture was done same day. Meanwhile I was going to her office AND CALLING ANYONE IN COMMONWEALTH to try to get my money returned and report the theft. I have video tape evidence of violations and Attorneys were denied to be in home as well as myself when they searched which also violates my rights. I have a video of State Police sodomizing my son in a Street within the Commonwealth. I know I will probably not hear back from you but what happens to the least of us can happen to the most of us. Please look at the attached Complaint and find the outrage that this can happen to an American citizen as I no longer believe in a fair society as if this can happen to me this can happen to any one of us Americans. I tried faxing but it kept getting shut off. I know that was not the way to submit but I am desperate outmanned and not afraid to say I am out of my area of expertise and require immediate assistance as noone will help or take my case. SOS Read complaint as it will disturb your very being and please know I am not lieing or misrepresenting anything in complaint this is Brutal Police Misconduct and I have receipts for everything I am saying but cant get past corrupt system that protects these wrong doers. SOS Michelle

Opening Doors to Your Future"
Realtor: Michelle Torrey

Torrey & Associates Real Estate
33 Dover Street Studio 124

Brockton MA. 02301

Office508-580-8440Mobile508-326-3157

---

- second Complaint filed after 1st case filed on Courts forms were denied.pdf (16 MB)

m.torreyre@comcast.net                                   8/23/2024 2:57 PM

## Judges order on 1st filed forfeiture bye me I used their form I sent you a copy

To dan@danpondlaw.com <dan@danpondlaw.com>

"Opening Doors to Your Future"
Realtor: Michelle Torrey

Torrey & Associates Real Estate
33 Dover Street Studio 124

Brockton MA. 02301

Office508-580-8440Mobile508-326-3157

- judges order on 1st forfeiture.pdf (4 MB)

*Atty Dan Pond declined to take case*

**ACLU of MA <legalresources@aclum.org>**  7/19/2024 12:36 PM

# Your call to ACLUM

To m.torreyre@comcast.net

*[handwritten: aclum can't not help / I tried this 4 more no's]*

Dear Michelle,
We are in receipt of your call seeking help with a pending case filed pro se in federal court which you believe is going to be dismissed. We are sorry but we do not have the resources to become involved in this matter.
To seek an attorney with relevant experience, you may contact the Mass Bar Association Referral service either by completing the form linked here https://www.masslawhelp.com/lrs-find-lawyer-intellinx.html or, as noted on that page:
*If you are unable to locate a specific area of law or require a reduced-fee attorney, please contact the Lawyer Referral Service during limited hours of Monday thru Friday 10:00 am to 3:00 pm by calling (617) 654-0400 or (866) 627-7577 or via email at LRS@massbar.org.*
When contacting them you may wish to have the docket number for the case at hand to facilitate review.
We are sorry we cannot be of more assistance but hope this information is helpful.
Legal Resources Team, ACLUM

*This message may contain information that is confidential or legally privileged in that it may involve a request for legal assistance. Although discussions about requests for legal assistance are privileged, that does not mean we have established or are committing to an ongoing attorney-client relationship with you. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

This email and its attachments are intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, proprietary, or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying, or in any way using this message. If you have received this communication in error, please immediately notify the sender and delete this communication, any attachments, and all copies from your system and records.