AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Torrey | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-10864-WGY |
| United States of America et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian R. Kilfoyle                                                            .

Date:   02/19/2025

/s/ Mary Lemay
*Attorney's signature*

Mary Lemay
*Printed name and bar number*
Butters Brazilian LLP
420 Boylston Street
Boston, Massachusetts 02116

*Address*

lemay@buttersbrazilian.com
*E-mail address*

(617) 367-2600
*Telephone number*

(617) 367-1363
*FAX number*